CONFIDENTIAL

ACLU OF TENNESSEE
POST OFFICE BOX 120160
NASHVILLE, TENNESSEE 37212
615-256-7028

To: West Tennessee Chapter Board of Directors and Other Interested ACLU Members

From: Howard Caplan, Bruce Kramer, and Hedy Weinberg

RE: **Next Board Meeting - Thursday 2 June 1988 at 7:00 p.m. at Bruce Kramer's home at 3020 Iroquois**

Exciting plans are underway to revitalize the West Tennessee Chapter. At our May 5 meeting we began to plan a number of events, including an annual membership meeting in July and a public forum in the Fall. The annual membership meeting will be a pool party at Bruce's home. He is going to invite Ira Lipman of Guardsmark to speak on surveillance tactics and access to FBI files.

**Please come to our Thursday, June 2 Board Meeting at 7:00 p.m. at Bruce's home at 3020 Iroquois to finalize plans for the annual membership meeting and to begin to plan for other events.**

We also discussed board member recruitment strategies at our last meeting. **Please fill out the form below and bring it to the June 2 meeting or return it to Howard at 7791 Autumn Creek Road, Cordove, TN 38018.** If we do not hear from you or see you at the June 2 meeting we will assume you are no longer interested in serving on the West Tennessee Chapter Board of Directors.

Name____________________________________________
Address______________________City__________Zip__________
Telephone ________________(w)____________________(h)

____I am interested in serving on the Chapter Board of Directors.
____I can no longer serve on the Chapter Board of Directors.

Biographical Sketch, including schools attended, degrees received, occupation, other civic/community activities:____________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
(please use back of page).

Also, please recommend one to three individuals who you think would be good board members. **Invite them to the June 2 meeting** and send biographical information on each person you recommend to Howard. Make sure that you get the approval of your friends/colleagues before you draft them on as board members. THANK YOU!

**CONFIDENTIAL**

Directors & Other Interested ACLU members

FROM: Howard Caplan

RE: Board Meetin
June 2, 1988
7:00 p.m.

**AT: Barbara Kritchevsky's
5090 Whitehall Ave**

****Please note - the meeting place has been changed ****

If you need directions, please call me at 521-0550