| From: | Wright, Colonel Paul [Paul.Wright@memphistn.gov] |
|---|---|
| Sent: | 7/20/2016 3:54:34 PM |
| To: | MEM MPD OCU [MEMMPDOCU@memphistn.gov]; Bonner, Lt. Albert [Albert.Bonner@memphistn.gov] |
| Subject: | Fwd: 7-20-16 1600 JIB |
| Attachments: | JIB July 20 2016 1600 HRS POST.docx; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Chandler, Stephen" <Stephen.Chandler@memphistn.gov>
> **Date:** July 20, 2016 at 3:51:27 PM CDT
> **To:** MEM MPD Executive Staff <MEMMPDExecutiveStaff@memphistn.gov>, "JRyall@memphistngov.onmicrosoft.com" <JRyall@memphistngov.onmicrosoft.com>, MEM MPD Command Staff <MEMMPDCommandStaff@memphistn.gov>, MEM MPD Colonels <MEMMPDColonels@memphistn.gov>, MEM MPD Precinct - Traffic CO's <MEMMPDPrecinct-TrafficCO's@memphistn.gov>, "MEM MPD Lt. Colonels" <MEMMPDLt.Colonels@memphistn.gov>, MEM MPD Special Ops CO's <MEMMPDSpecialOpsCO's@memphistn.gov>, MEM MPD Special Services <MEMMPDSpecialServices@memphistn.gov>, MEM MPD Investigative Services Command <MEMMPDInvestigativeServicesCommand@memphistn.gov>, MEM MPD RTCC <MEMMPDRTCC@memphistn.gov>, MEM MPD Training Academy <MEMMPDTrainingAcademy@memphistn.gov>, MEM MPD Communications Supervisors <MEMMPDCommunicationsSupervisors@memphistn.gov>, MEM MPD Homeland Security Mailing List <HomelandSecurity@memphistn.gov>, MEM MPD Public Information Office <pio@memphistn.gov>, "Bass, Major Eddie" <Eddie.Bass@memphistn.gov>, "Sampietro, Major Dana" <DSampietro@memphistn.gov>
> **Cc:** "Oldham, Bill" <OldhamB@shelby-sheriff.org>, "Bonner, Floyd" <FloydB@shelby-sheriff.org>, "Wright, Scott" <wrights@shelby-sheriff.org>, "robert.moore@shelby-sheriff.org" <robert.moore@shelby-sheriff.org>, "'Bob.Nations@shelby-sheriff.org'" <Bob.Nations@shelby-sheriff.org>, "dale.lane@shelbycountytn.gov" <dale.lane@shelbycountytn.gov>, "dallas.lavergne@shelby-sheriff.org" <dallas.lavergne@shelby-sheriff.org>, "'joshua.lineberry@shelby-sheriff.org'" <joshua.lineberry@shelby-sheriff.org>, "jwhitfield@germantown-tn.gov" <jwhitfield@germantown-tn.gov>, "bakerj@westmemphispolice.com" <bakerj@westmemphispolice.com>, "jordans@westmemphispolice.com" <jordans@westmemphispolice.com>, "Kevin Bebout (Kevin.Bebout@tn.gov)" <Kevin.Bebout@tn.gov>, "stephanie.juneau@tn.gov" <stephanie.juneau@tn.gov>, "arosser@mlgw.org" <arosser@mlgw.org>, "david.martello@fedex.com" <david.martello@fedex.com>, "fhmcgowan@fedex.com" <fhmcgowan@fedex.com>, "julio.c.villalandron@uscg.mil" <julio.c.villalandron@uscg.mil>, "yousef.l.czapary@uscg.mil" <yousef.l.czapary@uscg.mil>, "Burress, Colin" <Colin.Burress@memphistn.gov>, "Keith, Richard" <Richard.Keith@memphistn.gov>
> **Subject: 7-20-16 1600 JIB**
>
> All,
>
>   7-20-16 1600 Joint Intelligence Brief. Thank you.
>
> V/R
> Lt. S.W. Chandler
> Special Operations
> MPD Air Support/ Homeland Security
> 4517 O.K Robertson Rd.

# EXHIBIT J

CONFIDENTIAL                                                                                    City of Memphis - 17-cv-02120 07704

Memphis, TN 38127
(901) 636-1803 (office)
(901) 354-9019 (fax)
(901) 354-4249 (cell)

Community Outreach Program (C.O.P), a proactive initiative developed by the Memphis Police Department, to improve the quality of life of citizens and reduce juvenile violence, utilizing crime prevention techniques through identification, enforcement and education within the community.

NOTICE: This e-mail and any files transmitted with it may contain information that is privileged and confidential, and is intended solely for the use of the individuals or entities to whom addressed. If you have received this transmission in error, please notify the sender immediately by telephone or e-mail and delete this e-mail from your system. If you are not the intended recipient, you are hereby notified that reviewing, disclosing, copying, distributing or taking any action in reliance on the contents herein is strictly prohibited. Any attempts to intercept this message are in violation of Title 18 U. S. C. 2511(1) of the Electronic Communications Privacy Act (EPCA). Violators are subject to fines, imprisonment, civil damages, or both.

# JOINT INTELLIGENCE BRIEFING
# INTELLIGENCE UPDATE



**Memphis Police Department Office of Homeland Security**



**EVENT:** July 19, 2016 Kansas City, Kansas Line of Duty Death.

**REFERENCE CASE NUMBER:** N/A

Since the events in Dallas, Texas on July 9, 2016 there has been a national trend that individuals or small groups are targeting uniformed police officers. This Joint Intelligence Briefing (JIB) will now include these types of attacks on officers from across the country.

**INTELLIGENCE SOURCE:** Open Sources

- ❖ Saturday, July 9, 2016—Five Dallas, Texas Officers killed by sniper type attack during a BLM protest.

  [ HYPERLINK "http://www.nytimes.com/2016/07/09/us/dallas-police-shooting.html?_r=0" ]

- ❖ Thursday, July 14, 2016 FLATBUSH, Brooklyn — a manhunt continues after two officers on patrol were shot at by a person inside a car in Brooklyn. The shooting happened around 10:45 p.m. on Ditmas Avenue and East 23rd Street within the confines of the 70th Precinct in Flatbush. The NYPD said two officers in uniform were walking their post when a dark-colored sedan with tinted windows slowly approached them and made a statement about "getting them" before firing away at uniformed officers. The vehicle occupied by four men, described as black, fled the scene, police said. Both of the officers were not hurt.

[ HYPERLINK "http://pix11.com/2016/07/19/police-investigating-shots-fired-at-officers-in-brooklyn-police-sources/" ]

- ❖ Sunday, July 17, 2016—Three Baton Rouge, Louisiana officers killed in an "ambush" style assault.

  [ HYPERLINK "http://www.nytimes.com/2016/07/19/us/the-3-officers-killed-in-baton-rouge.html?_r=0" ]

*Prepared by: Detective Tim Reynolds*

- **Sunday, July 17, 2016—One Milwaukee officer shot multiple times while on the scene of a domestic disturbance call.**

[ HYPERLINK "http://lawofficer.com/2016/07/milwaukee-police-officer-ambushed-in-his-car/" ]

- **Tuesday, July 19, 2016—Captain Dave Melton was shot and killed while searching for an armed party that was suspected of a drive by style shooting. Kansas City PD received a call of several people in a car firing shots. The suspects bailed out around 1336 hrs and two suspects were arrested within minutes. Captain Dave Melton conducted a follow-up observed a male that matched the description of the third suspect. Captain Dave Melton was killed 20 blocks from the area of the initial call.**

[ HYPERLINK "http://www.foxnews.com/us/2016/07/19/kansas-police-officer-in-critical-condition-after-being-shot.html" ]

- **On Tuesday July 19, 2016, at 2231 hrs, officers were en route to a call and while they were stopped at the light located at Third and E.H. Crump, officers saw an unknown male black shoot what appeared to be a fiery projectile (possible bottle rocket) towards their squad car. Officers stated the bottle rocket exploded underneath their squad car the officers were not injured. Officer's investigation at the scene determined that the suspect that shot the bottle rocket name is ▮▮▮▮▮▮▮▮▮▮ MPD/OHS follow-up investigation shows no adult arrests for ▮▮▮▮▮ and only one (1) police report in which ▮▮▮▮▮▮ is listed as a suspect (MPD ▮▮▮▮▮▮▮▮▮). ▮▮▮▮▮▮ has two (2) misdemeanor juvenile arrests with a domestic assault being the most serious (see above listed report). Finally, no reports of any arrests for Emergency Commitment.**



*Prepared by: Detective Tim Reynolds*

❖ On Sunday, July 17, 2016 at 06:25 hours, Raines Station Officers responded to 3005 Millbranch on a Theft from Motor Vehicle where (6) Shotguns and (2) rifles were stolen out of a pickup truck. The victim's vehicle was parked at the Country Heart Inn and Suites Hotel on Saturday, July 16, 2016 at approx. 22:30 hours and found burglarized on Sunday, July 17, 2017 at 06:25 hours. Report number #1607008427 can be referenced if an arrest is made in connection with the weapons or if they are recovered during any investigation.

Breakdown of Weapons as follows:
1) One camouflage Bernelli Super Black Eagle 12 gauge shotgun
2) One black Remington 870 Express 12 gauge pump action shotgun
3) One black Remington 870 Express 20 gauge shotgun
4) One black Benelli 20 gauge pump action shotgun
5) One black Winchester 20 gauge shotgun
6) One antique double barrel 12 gauge shotgun
7) One black Remington 270 rifle
8) One .22 caliber rifle
9) One Gamo Whisper pellet gun

ANALYST COMMENTS:

o The recent assaults on officers nationally show that officers are being targeted during their normal course of duty. <u>Uniformed officers in groups should be considered targets of opportunity.</u> Officer safety recommendations currently in place by MPD Command staff, MPD Policy and Procedure, and Officer Safety best practices are highly recommended.

o With the assistance of the SCSO and the use of their Social Media Collator analysts are searching social media for specific threats to officers.

o To date MPD/OHS has put only widely published demonstrations. Starting with this submission lesser mentioned demonstrations, and boycotts are being added. There is a trend that a "boycotts" are turning into demonstrations at these business locations.

## UPCOMING EVENTS WITH HIGH LE PRESENCE AND/ OR LARGE PUBLIC ATTENDANCE

- **Sunday, July 24, 2016 1400-2200 hrs:** A "Stop the Violence Peace Rally" at Bellevue Park (located at 1310 South Parkway). The rally organizer Jimmy Towns (901-503-9474) has applied for a permit and is expecting a crowd of 200 attendees.

*Prepared by: Detective Tim Reynolds*

# THREATS TO LAW ENFORCEMENT SOCIAL MEDIA FROM SOCIAL MEDIA COLLATORS

- As of July 20, 2016 1600 hrs there are no specific threats to law enforcement on social media.
- As of July 20, 2016 0800 hrs there are no specific threats to law enforcement on social media.
- July 19, 2016—there were no specific threats to law enforcement on social media.
- July 18, 2016—there were no specific threats to law enforcement on social media.
- July 17, 2016—there were no specific threats to law enforcement on social media.
- July 16, 2016—there were no specific threats to law enforcement on social media.
- July 15, 2016—there were no specific threats to law enforcement on social media.
- July 14, 2016—there were no specific threats to law enforcement on social media.
- July 13, 2016—there were no specific threats to law enforcement on social media.
- July 12, 2016—there were no specific threats to law enforcement on social media.
- July 11, 2016—there were no specific threats to law enforcement on social media.
- July 10, 2016—there were no specific threats to law enforcement on social media.
- July  9, 2016—there were no specific threats to law enforcement on social media.

*Prepared by: Detective Tim Reynolds*