| From: | Reynolds, Timothy-mem [Timothy.Reynolds@memphistn.gov] |
|---|---|
| Sent: | 2/8/2017 7:47:01 AM |
| To: | Cornwell, Sgt. Edwin [edwin.carnwell@memphistn.gov]; MEM MPD Executive Staff [memmpdexecutivestaff@memphistn.gov]; 'JRyall@memphistngov.onmicrosoft.com'; MEM MPD Command Staff [memmpdcommandstaff@memphistn.gov]; MEM MPD Colonels [memmpdcolonels@memphistn.gov]; MEM MPD Precinct - Traffic CO's [memmpdprecinct-trafficco's@memphistn.gov]; MEM MPD Lt. Colonels [memmpdlt.colonels@memphistn.gov]; MEM MPD Special Ops CO's [memmpdspecialopsco's@memphistn.gov]; MEM MPD Special Services [memmpdspecialservices@memphistn.gov]; MEM MPD Investigative Services Command [memmpdinvestigativeservicescommand@memphistn.gov]; MEM MPD Communications Supervisors [memmpdcommunicationssupervisors@memphistn.gov]; MEM MPD Homeland Security Mailing List [homelandsecurity@memphistn.gov]; MEM MPD Training Academy [memmpdtrainingacademy@memphistn.gov]; MEM MPD Public Information Office [pio@memphistn.gov]; Bass, Lt. Colonel Eddie [eddie.bass@memphistn.gov]; Sampietro, Lt. Colonel Dana [dsampietro@memphistn.gov] |
| CC: | Oldham, Bill [oldhamb@shelby-sheriff.org]; Bonner, Floyd [floydb@shelby-sheriff.org]; Wright, Scott [wrights@shelby-sheriff.org]; 'robert.moore@shelby-sheriff.org'; 'dale.lane@shelbycountytn.gov'; 'dallas.lavergne@shelby-sheriff.org'; 'joshua.lineberry@shelby-sheriff.org'; 'Kevin Bebout [Kevin.Bebout@tn.gov]; 'stephanie.juneau@tn.gov'; 'jwhitfield@germantown-tn.gov'; 'bakerj@westmemphispolice.com'; 'jordans@westmemphispolice.com'; Burress, Colin [colin.burress@memphistn.gov]; Keith, Richard [richard.keith@memphistn.gov]; 'arosser@mlgw.org'; 'david.martello@fedex.com'; 'fhmcgowan@fedex.com'; 'COLESR@scsk12.org'; George.mavromatis@usdoj.gov; ryan.heflin@ncis.navy.mil; 'yousef.l.czapary@uscg.mil'; 'julio.c.villalandron@uscg.mil'; James, Ian [ian.james@memphistn.gov]; Banks, Darrel - mem [darrel.banks@memphistn.gov]; tina.williams@asp.arkansas.gov; Goods, Major Darren [darren.goods@memphistn.gov]; Toney.Armstrong@STJUDE.ORG; stuart.frisch@stjude.org; Ross, Lambert [lambert.ross@memphistn.gov]; timothy.kring@usdoj.gov; shawn.nash@ncis.navy.mil; Jerry.Blum@autozone.com; michael.patton@usdoj.gov; Taylor, Sgt. Israel [israel.taylor@memphistn.gov]; Freed, Major William [william.freed@memphistn.gov]; 'Scop.opschief@shelbycountytn.gov'; Brian.White@tn.gov |
| Subject: | JIB Wednesday, February 8, 2017 0800 hrs |
| Attachments: | Office of Homeland Security JIB for February 8 2017 0800.pdf |

Good morning.

Thank you,

Detective Tim Reynolds
Memphis Police Department
Office of Homeland Security
600 Jefferson Suite 400
Memphis, TN 38103

timothy.reynolds@memphistn.gov

901-636-7853 (Desk)
901-355-6765 (Cell)
901-524-1068 (Fax)

**Community Outreach Program (C.O.P), a proactive initiative developed by the Memphis Police Department, to improve the quality of life of citizens and reduce juvenile violence, utilizing crime prevention techniques through identification, enforcement and education within the community.**

NOTICE: This e-mail and any files transmitted with it may contain information that is privileged and confidential, and is intended solely for the use of the individuals or entities to whom addressed. If you have

# EXHIBIT L

received this transmission in error, please notify the sender immediately by telephone or e-mail and delete this e-mail from your system. If you are not the intended recipient, you are hereby notified that reviewing, disclosing, copying, distributing or taking any action in reliance on the contents herein is strictly prohibited. Any attempts to intercept this message are in violation of Title 18 U. S. C. 2511(1) of the Electronic Communications Privacy Act (EPCA). Violators are subject to fines, imprisonment, civil damages, or both.

CONFIDENTIAL




Memphis Police Department Office of Homeland Security

# Intelligence Briefing (JIB)
February 8, 2017 (0800 hours)

(U//FOUO) This Intelligence Briefing (JIB) includes: officer safety threats from local agencies as well as agencies from across the country, unclassified information of interest that is law enforcement sensitive. The JIB also includes: events in Memphis, Tennessee, and events in the surrounding area that involve law enforcement and the public.

(U//FOUO) INTELLIGENCE SOURCES: Information for this bulletin was comprised from Memphis Police Department incident reporting as well as reporting from other local, state, federal agencies, and opened sources.

## NATIONWIDE INCIDENTS OF INTEREST

- Tuesday, February 7, 2017 Howland, Ohio: The Howland Police Department (HPD) reported an officer involved shooting in which a suspect was shot by police. HPD officers were searching for a male suspect they believed was responsible for a murder at a residence that occurred around 1900 hrs. HPD officers were searching the Giant Eagle parking lot and found the male suspect. The suspect opened fire on officers inside the crowded parking lot and officers returned fire. The suspect was shot and transported to an area hospital. The condition of the suspect was not released. There were no reported injuries in this incident. The investigation is still active at this time.

Link to article:
http://fox8.com/2017/02/08/manhunt-for-murder-suspect-ends-with-police-shoot-out-in-busy-grocery-store-parking-lot/



- **Tuesday, February 7, 2017 Washington, DC:** The DC Police (DCP) reported an officer involved shooting where officers shot a suspected robbery suspect. DCP officers were flagged down around 0800 hrs in the 1300 block of Good Hope Road. Officers were told that a robbery had just occurred. The complainants told officers that the suspect was armed. Officers searched the area and found a male suspect that matched the description given by the complainant. Officers approached the suspect and the suspect produced a weapon. Officers told the suspect to drop his weapon, but he refused. Officers opened fire on the suspect. The suspect was shot and disarmed. The suspect was transported to the hospital. In follow-up investigation officers found that the pistol the suspect was armed with was a BB gun. The name of the suspect was not released. The names of the officers involved in this incident were not released pending the outcome of the investigation. There were no other reported injuries.

Link to article:
http://wtop.com/dc/2017/02/police-involved-shooting-anacostia-robbery/

- **Sunday, February 5, 2017 Gatlinburg, Tennessee:** The Tennessee Bureau of Investigations (TBI) is investigating an officer involved shooting that left a female motorist injured. The incident occurred around 2315 hrs when a Tennessee Park Ranger (TPR) was injured during a traffic stop by a female motorist. The female suspect (later identified as Chelsea DUNBAR, 28 years old) ran over the ranger's foot and a chase followed. The Gatlinburg Police Department (GPD) assisted in the chase with the rangers. DUNBAR pulled into the Smoky Mountain Elementary School and officers tried to block DUNBAR'S vehicle. DUNBAR rammed a police cruiser then drove away. DUNBAR was cornered again and officers attempted to contain her. DUNBAR struck another officer as he was getting out of the car. Officers shot DUNBAR when DUNBAR continued to drive toward the injured officer. DUNBAR was airlifted to the University of Tennessee Medical Center. The injured officer was also transported to the hospital where the injured officer was treated and released. DUNBAR'S condition has not been released and no charges have been announced.

Link to article:
http://www.wcyb.com/news/tennessee/greene-county/greene-county-tn-woman-involved-in-officer-involved-shooting/314053218



## UPCOMING EVENTS WITH HIGH LE PRESENCE AND/ OR LARGE PUBLIC ATTENDANCE

- Thursday, February 9, 217 to Saturday, February 11, 2017 Mid-South Mission of Mercy at Bellevue Baptist Church (located at 2000 Appling Way / 825).

- Saturday, February 11, 2017 1000 hrs:  Congressman Steve Cohen will have a Town Hall meeting East High School (located at 3206 Poplar Avenue).  **Changed from First Congregational Church (located at 1000 South Cooper).

- Saturday, February 11, 2017 from 1100-1200 40 Days for Life Memphis is holding a rally to defund Planned Parenthood (located at 2430 Poplar).  **Permit on file Libby Parks.   The permit is for 300 attendees.

- Saturday, February 11, 2017 1300 hrs—Black Lives Matter Memphis Chapter will hold a chapter meeting at Pilgrim Rest Baptist Church (located at 491 East McLemore).

- Saturday, February 11, 2017 1630 hrs—Justice for Treveno is holding a rally at 201 Poplar.

- Sunday, February 12, 2017 Safe the Greensward will host the 2017 Old Forest Jamboree from 1600-1900 at Growlers (located at 1911 Poplar Avenue).

- Wednesday, February 15, 2017 Arkansas Rising is holding a "Court Solidarity Rally" for the protesters at the Valero Shut Down starting at 0900 hrs (201 Poplar).

- Thursday, February 16, 2017 – Sunday, February 19, 2017 Memphis Protest Shrine Circus at the Agri-Center Show Place Arena (823's Ward).

Link to Facebook Post:
https://www.facebook.com/events/642075649332963/

- Saturday, February, 18 and Sunday, February 19, 2017 from 0800-2000 hrs: Memphis Flea Market at the Liberty Bowl Stadium (located at 335 South Hollywood / 521's Ward).  Permit on file with Permit Office.



- Saturday, February 25, 2017 "Obama Day 2017" at the Gallery at Madison Square (located at 1819 Madison Avenue) from 1900-2100 hrs.

- Saturday, February 25, 2017 from 1200-1500 hrs—The Memphis Bus Riders Union (MBRU) will be holding a fundraiser at 1633 Madison Avenue.

- Tuesday, February 28, 2017 1800-2000 hrs--Black Lives Matter Orange Mound Forum at Freedoms Chapel Church (located at 961 Getwell Road).

- Sunday, March 12, 2017 Black Owned Food Truck Sunday at 280 Hernando Street from 1200-1800 hrs.  (Admission $10 adult / $5 children.)

- Friday, March 24, 2017 and Sunday, March 26, 2017 NCAA South Regional Basketball Tournament at the FedEx Forum.

- Saturday, April 22, 2017 Earth Day.

