# CJIS Media Policy

**Background**
The Criminal Justice Information System (CJIS) Security Policy states:
**CJIS Security Policy (July 2012 Version 5.1)**
**5.8.3 Electronic Media Sanitization and Disposal**
**The agency shall sanitize, that is, overwrite at least three times or degauss electronic media prior to disposal or release for reuse by unauthorized individuals. Inoperable electronic media shall be destroyed (cut up, shredded, etc.). The agency shall maintain written documentation of the steps taken to sanitize or destroy electronic media. Agencies shall ensure the sanitization or destruction is witnessed or carried out by authorized personnel.**

**Purpose**
Compliance with CJIS Security requirements

Employees of the Memphis Police Department will ensure that all media containing sensitive or classified information is disposed of properly.  For the purpose of this section, the following definitions will apply:

**Sensitive/Classified Media** - Any papers or records; any data diskettes, hard drives or other data storage device that contain information which is:
- Personal in nature (Address, Social security Numbers, Drivers License Information, etc) or is
- TIES, NCIC or Criminal Justice Information Systems Related.

**Sanitization –** removal of all information from disks and drives through degaussing, overwriting or destruction.

Hard copies and printouts containing sensitive or classified information shall be destroyed in one of three manners:
1. Personal shredder
2. Delivered and shredded at Central Supply.  A TIES certified officer must accompany the material until it has been properly disposed of.
3. Place the documents in the "Shred-it" bin.  The bin is to remain secured and a TIES certified officer must accompany the contents to the "shred-it" truck and observe the disposal of the materials.

No one, including City of Memphis Information Technology personnel, will be permitted to remove any MPD computer, laptop, file server or copy machine until the hard drives have been sanitized.  If sanitization of a hard drive is necessary for the removal of equipment, the Supervisor of MPD Information Systems will be notified and will be responsible for ensuring sanitization is accomplished in a timely manner.

# EXHIBIT O