From: Bass, Major Eddie [Eddie.Bass@memphistn.gov]
Sent: 7/13/2016 2:02:38 PM
To: Chandler, Stephen [stephen.chandler@memphistn.gov]
CC: lgoodwin@ci.collierville.tn.us
Subject: Re: Uncoonfirmed reports of a protest in Collierville

Check go ahead fly and send back some pictures.

**Major Eddie Bass**
**Memphis Police Department**
**Special Operations-Air Support Unit/Homeland Security Commander**
**4517 O. K. Robertson Road, Memphis TN 38127**
**Office (901) 354-9305**
**Cell (901) 512-3152**
Eddie.bass@memphistn.gov

Community Outreach Program (C.O.P), a proactive initiative developed by the Memphis Police Department, to improve the quality of life of citizens and reduce juvenile violence, utilizing crime prevention techniques through identification, enforcement and education within the community.

NOTICE: This e-mail and any files transmitted with it may contain information that is privileged and confidential, and is intended solely for the use of the individuals or entities to whom addressed. If you have received this transmission in error, please notify the sender immediately by telephone or e-mail and delete this e-mail from your system. If you are not the intended recipient, you are hereby notified that reviewing, disclosing, copying, distributing or taking any action in reliance on the contents herein is strictly prohibited. Any attempts to intercept this message are in violation of Title 18 U. S. C. 2511(1) of the Electronic Communications Privacy Act (EPCA). Violators are subject to fines, imprisonment, civil damages, or both.

On Jul 13, 2016, at 1:52 PM, Chandler, Stephen <Stephen.Chandler@memphistn.gov> wrote:

> Major,
>
>   There are unconfirmed reports that there is a protest scheduled for either 2:30 or 4:00 in Collierville at the intersection of Poplar and Byhalia. MPD, SCSD, and CPD have not been able to track the source. It is merely rumor at the moment. CPD is headed to Carrier to interview a subject that said he was going to the protest after work. I'm about to get airborne and fly to Collierville to see if I can observe anything.
>
> V/R
> Lt. S.W. Chandler
> Special Operations
> MPD Air Support/ Homeland Security
> 4517 O.K Robertson Rd.
> Memphis, TN 38127
> (901) 636-1803 (office)
> (901) 354-9019 (fax)
> (901) 354-4249 (cell)
>
> **Community Outreach Program (C.O.P), a proactive initiative developed by the Memphis Police Department, to improve the quality of life of citizens and reduce juvenile violence, utilizing crime prevention techniques through identification, enforcement and education within the community.**
>
> NOTICE: This e-mail and any files transmitted with it may contain information that is privileged and confidential, and is intended solely for the use of the individuals or entities to whom addressed. If you have received this transmission in error, please notify the sender immediately by telephone or e-mail and delete this e-mail from your system. If you are not the intended recipient, you are hereby notified

CONFIDENTIAL

City of Memphis - 17-cv-02120 2374

that reviewing, disclosing, copying, distributing or taking any action in reliance on the contents herein is strictly prohibited. Any attempts to intercept this message are in violation of Title 18 U. S. C. 2511(1) of the Electronic Communications Privacy Act (EPCA). Violators are subject to fines, imprisonment, civil damages, or both.

CONFIDENTIAL

City of Memphis - 17-cv-02120 2375

From: Chandler, Stephen [Stephen.Chandler@memphistn.gov]
Sent: 7/13/2016 3:03:28 PM
To: Bass, Major Eddie [eddie.bass@memphistn.gov]
Subject: RE: Uncoonfirmed reports of a protest in Collierville

No protests were observed. We will check again at 1600. The rumor was for 1430 or 1600. Still no verification other than it was ro be a flash mob.

V/R
Lt. S.W. Chandler
MPD Special Operations
Air Support/ Homeland Security
4517 O.K. Robertson Rd.
901-354-4249 (cell)
901-636-1803 (work)
901-354-9019 (fax)

Commmunity Outreach Program (C.O.P), a proactive initiative developed by the Memphis Police Department, to improve the quality of life of citizens and reduce juvenile violence, utilizing crime prevention techniques through identification, enforcement and education within the community.

NOTICE: This e-mail and any files transmitted with it may contain information that is privileged and confidential, and is intended solely for the use of the individuals or entities to whom addressed. If you have received this transmission in error, please notify the sender immediately by telephone or e-mail and delete this e-mail from your system. If you are not the intended recipient, you are hereby notified that reviewing, disclosing, copying, distributing or taking any action in reliance on the contents herein is strictly prohibited. Any attempts to intercept this message are in violation of Title 18 U. S. C. 2511(1) of the Electronic Communications Privacy Act (EPCA). Violators are subject to fines, imprisonment, civil damages, or both.

--------- Original message ---------
From: "Bass, Major Eddie" <Eddie.Bass@memphistn.gov>
Date: 7/13/16 2:02 PM (GMT-06:00)
To: "Chandler, Stephen" <Stephen.Chandler@memphistn.gov>
Cc: lgoodwin@ci.collierville.tn.us
Subject: Re: Uncoonfirmed reports of a protest in Collierville

Check go ahead fly and send back some pictures.

**Major Eddie Bass**
**Memphis Police Department**
**Special Operations-Air Support Unit/Homeland Security Commander**
**4517 O. K. Robertson Road, Memphis TN 38127**
Office **(901) 354-9305**
Cell **(901) 512-3152**
Eddie.bass@memphistn.gov
Community Outreach Program (C.O.P), a proactive initiative developed by the Memphis Police Department, to improve the quality of life of citizens and reduce juvenile violence, utilizing crime prevention techniques through identification, enforcement and education within the community.
NOTICE: This e-mail and any files transmitted with it may contain information that is privileged and confidential, and is intended solely for the use of the individuals or entities to whom addressed. If you have received this transmission in error, please notify the sender immediately by telephone or e-mail and delete this e-mail from your system. If you are not the intended recipient, you are hereby notified that reviewing, disclosing, copying, distributing or taking any action in reliance on the contents herein is strictly prohibited. Any attempts to intercept this message are in violation of Title 18

U. S. C. 2511(1) of the Electronic Communications Privacy Act (EPCA). Violators are subject to fines, imprisonment, civil damages, or both.

On Jul 13, 2016, at 1:52 PM, Chandler, Stephen <Stephen.Chandler@memphistn.gov> wrote:

> Major,
>
> There are unconfirmed reports that there is a protest scheduled for either 2:30 or 4:00 in Collierville at the intersection of Poplar and Byhalia. MPD, SCSD, and CPD have not been able to track the source. It is merely rumor at the moment. CPD is headed to Carrier to interview a subject that said he was going to the protest after work. I'm about to get airborne and fly to Collierville to see if I can observe anything.
>
> V/R
> Lt. S.W. Chandler
> Special Operations
> MPD Air Support/ Homeland Security
> 4517 O.K Robertson Rd.
> Memphis, TN 38127
> (901) 636-1803 (office)
> (901) 354-9019 (fax)
> (901) 354-4249 (cell)
>
> **Community Outreach Program (C.O.P), a proactive initiative developed by the Memphis Police Department, to improve the quality of life of citizens and reduce juvenile violence, utilizing crime prevention techniques through identification, enforcement and education within the community.**
>
> **NOTICE: This e-mail and any files transmitted with it may contain information that is privileged and confidential, and is intended solely for the use of the individuals or entities to whom addressed. If you have received this transmission in error, please notify the sender immediately by telephone or e-mail and delete this e-mail from your system. If you are not the intended recipient, you are hereby notified that reviewing, disclosing, copying, distributing or taking any action in reliance on the contents herein is strictly prohibited. Any attempts to intercept this message are in violation of Title 18 U. S. C. 2511(1) of the Electronic Communications Privacy Act (EPCA). Violators are subject to fines, imprisonment, civil damages, or both.**