# EXHIBIT F



Memphis Police Department / Office of Homeland Security

CONFIDENTIAL

City of Memphis - 17-cv-02120 22763



Intro

My trip to Nashville to view a Black Panther demonstration.

Groundwork from Metro Nashville OHS

Brief overview of the social climate in the 1960's and the 1970's.

CONFIDENTIAL

City of Memphis - 17-cv-02120 22764



Top to bottom / Left to Right:
1. Keedran FRANKLIN 2. Dana ASBURY 3. William JOHNSON (ASBURY'S Husband) 4. Monica BROWN 5. Jayanni WEBSTER 6. Taman QURAN 7. Razzan QURAN

# Blue Suede Shoes: Aug 15, 2016

- The Memphis Police Department received information from sources before, and during Elvis Week that a group of individuals wanted to use a protest on the night of the Elvis Presley Candlelight Vigil to incite violence.

- The information from these sources and real time information from plain clothes officers embedded in the demonstration suggested that a few members of this protest group intended to draw officers into a physical confrontation. This physical confrontation would be used to escalate the violence.

- Individuals were encouraged to bring cellphones and video cameras to capture officers arresting or assaulting protesters.

- Through extensive planning and preparation the plan to escalate the violence at this demonstration failed. The protesters voiced their concerns, the vigil went as planned, and only three (3) individuals were arrested.


CONFIDENTIAL
City of Memphis - 17-cv-02120 22767



CONFIDENTIAL
City of Memphis - 17-cv-02120 22768

# Recent Activity:

- During the protest at the Mayor's house on 19 Dec, Keedran Franklin mentioned going to Jack Soden's house as well; Mr. Soden is the CEO and President of Elvis Pressley Enterprises (EPE)
- According to a social media post on the C³ Facebook page, C³ is planning on attending Elvis' birthday celebration on 8 Jan at 0930 (#OperationRockNRoll)



Come party with the Coalition of Concerned Citizens as we join Graceland and EPE officials for an epic 85th birthday celebration for the King!

We're inviting all our friends to come do the Jailhouse Rock with us Sunday, January 8, 2017 9:30 am on the North Lawn of Graceland. Bring your blue suede shoes. They have the cake.

#OperationRockNRoll

# Plan of Action:

- Through reliable sources, OHS has identified 43 individuals that may cause problems during the birthday celebration

- OHS has worked with Raines Station and forwarded the 43 names of individuals for possible inclusion on an Authorization of Agency

# Additional C³ Info:

## Coalition of Concerned Citizens
## Initial Focus Areas

- Financial audit of Spending in City Budget to determine how much is spent with African American Businesses

- Limiting policy and practices that contribute to poverty among working people

- Police Cultural Sensitivity & Awareness Training facilitated by community advocates

- Substantial increase in spending allocations for youth empowerment, recreation and learning in low-income, high-crime communities, facilitated by community members, advocates

- Collaboration of law makers with coalition members to draft more equitable policy for citizens with traffic and non-violent infractions

- De-criminalization of African American culture and activities not deemed criminal in non-black communities

- Funding for coalition appointees to study and implement solutions to issues surrounding minority business, police relations, sentencing, community funding, recidivism & re-entry

CONFIDENTIAL

