# UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  TENNESSEE

ACLU OF TENNESSEE, INC

v.

City of Memphis, Tennessee

## EXHIBIT AND WITNESS LIST

Case Number: 2:17-cv-02120

| PRESIDING JUDGE<br>JON PHIPPS McCALLA | PLAINTIFF'S ATTORNEY(S)<br>Thomas H. Castelli, Amanda Strickland Floyd | DEFENDANT'S ATTORNEY(S)<br>B. Wellford, J. Silk, M. Glover, L. Laurenzi |
|---|---|---|
| PROCEEDING/DATE:<br>(NJT) 8/20/2018 - | COURT REPORTER<br>Lisa Mayo | COURTROOM DEPUTY<br>Jeff Sample |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/20/2018 | | | **HEDY WEINBERG** |
| 1 | | 8/20/2018 | √ | √ | ACLU Charter September 18, 1968 |
| 2 | | 8/20/2018 | √ | √ | BY-LAWS OF THE ACLU of TENNESSEE, INC. (revised March 1973) |
| 3 | | 8/20/2018 | √ | √ | Agenda and Minutes from the Board of Directors Meeting (October 4, 1975) |
| 4 | | 8/20/2018 | √ | √ | Minutes ACLU OF TENNESSEE, INC. (December 11, 1971) |
| 5 | | 8/20/2018 | √ | √ | Complaint in Case No. 76-449 (Kenrick et al. v. Chandler et al.) |
| | 6 | 8/20/2018 | √ | √ | ORDER, JUDGMENT, AND DECREE in Case No. 76-449 (Kendrick et al. v. Chandler et al.) |
| | 7 | 8/20/2018 | √ | √ | Memo to Board of Directors and Chapter Presidents, Tennessee ACLU from John W. Cleland (September 2, 1969) |
| | 8 | 8/20/2018 | √ | √ | West TN ACLU Board of Directors Regular Meeting (May 12, 1980) |
| | 9 | 8/20/2018 | √ | √ | Minutes of Regular Meeting of Board of Directors of ACLU (January 15, 1979) |
| | 10 | 8/20/2018 | √ | √ | Minutes of Board Meeting (January 10, 1983) |
| | 11 | 8/20/2018 | √ | √ | West Tennessee ACLU Chapter Meeting Announcment for Thursday, February 11 at 7:00 pm |
| | 12 | 8/20/2018 | √ | √ | Memo to West Tennessee Chapter Board of Directors and Other Interested ACLU Members re: Next Board Meeting |
| | 13 | 8/20/2018 | √ | √ | MEMORANDUM OF DIRECTOR'S MEETING (JUNE 2, 1988) |
| | 14 | 8/20/2018 | √ | √ | Letter from Hedy to Bruce (11 March 1991) |
| | 15 | 8/20/2018 | √ | √ | Letter from Hedy Weinberg to Mary Gibson (27 July 1994) |
| | 16 | 8/20/2018 | √ | √ | Agenda - Thursday, 14 March 1991 West Tennessee Chapter Reorganization Meeting |
| | 17 | 8/20/2018 | √ | √ | Letter from Andrew C. Branham to Hedy M. Weinberg (September 20, 1994) |
| | 18 | 8/20/2018 | √ | √ | Letter from Sheri Lipman to Hedy Weinberg (7 November 1994) |
| | 19 | 8/20/2018 | √ | √ | Memo from Hedy to Sheri RE: Revitalizing the Memphis Chapter (24 October 1994) |
| | 20 | 8/20/2018 | √ | √ | Letter from Sheri Lipman to Aandy Branham, et al. (December 1, 1994) |
| | 21 | 8/20/2018 | √ | √ | Letter from Sheri Lipman to Andy Branham, et al. (March 9, 1995) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 7 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ACLU OF TENNESSEE, INC | | | vs. | City of Memphis, Tennessee | CASE NO. 2:17-cv-02120 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 22 | 8/20/2018 | √ | √ | Letter from Sheri Lipman to Andy Branham, et al. (January 11, 1995) |
| | | 8/20/2018 | | | **SGT. TIMOTHY REYNOLDS** |
| 23 | | 8/20/2018 | √ | √ | Compilations from Facebook using undercover account |
| 24 | | 8/20/2018 | √ | √ | Bob Smith Facebook Posts and Apps and Websites |
| 25 | | 8/20/2018 | √ | √ | Bob Smith Facebook Comments |
| 26 | | 8/20/2018 | √ | √ | Bob Smith Facebook Follow List |
| 27 | | 8/20/2018 | √ | √ | Bob Smith Facebook Event Invitations and Responses |
| 28 | | 8/20/2018 | √ | √ | Bob Smith Facebook Your Group Membership Activity |
| 29 | | 8/20/2018 | √ | √ | Bob Smith Facebook Your Posts and Comments |
| 30 | | 8/20/2018 | √ | √ | Bob Smith Facebook Posts and Comments |
| 31 | | 8/20/2018 | √ | √ | Bob Smith Facebook Posts |
| 32 | | 8/20/2018 | √ | √ | Email: Jerry Blum to Timothy Reynolds (10/4/2016, 12:26:47 PM) |
| 33 | | 8/20/2018 | √ | √ | Email:Tiimothy Reynolds Sgt. Edwin Cornwell, et al. (3/3/2017, 7:30:12 AM) |
| 34 | | 8/20/2018 | √ | √ | Email: Major Eddie Bass to Interim Director Michael Rallings (7/6/2016, 7:39:06 PM) |
| 35 | | 8/20/2018 | √ | √ | Email: Major Eddie Bass to Caraleee Barrett, et al. (7/6/2016, 8:16:29 PM) |
| 36 | | 8/20/2018 | √ | √ | Email: Major Eddie Bass to Timothy Reynolds; Lt. Stephen Chandler (7/6/2016, 9:33:PM) |
| 37 | | 8/20/2018 | √ | √ | Email: Major Eddie Bass to Colonel Russell Houston; Major Keith Watson, et al. (7/28/2016, 8:40 AM) |
| 38 | | 8/20/2018 | √ | √ | Data Base List |
| 39 | | 8/20/2018 | | | Email:Timothy Reynolds to Colonel Gloria Bullock, Major Doreen Shelton (7/8/2016, 10:55:53 PM) |
| 40 | | 8/20/2018 | √ | √ | Email: Lt. Stephen Chandler to Bill Oldham (7/9/2016, 12:13:24 AM) |
| 41 | | 8/20/2018 | √ | √ | Microsoft Exchange 329e71ec88ae4615vvc36ab6ce41109e on behalf of Colonel Gloria Bullock |
| 42 | | 8/20/2018 | √ | √ | Email: Major Eddie Bass to Timothy Reynolds, et al. (7/10/2016, 3:18:59 PM) |
| 43 | | 8/20/2018 | √ | √ | Email: Timothy Reynolds to Jerry Blum, et al. (7/10/2016, 5:07:59 PM) |
| 44 | | 8/20/2018 | √ | √ | Email:Timothy Reynolds to MEM MPD Executive Staff ,et al. (7/12/2016, 11:50:54 PM) |
| 45 | | 8/20/2018 | √ | √ | Email from Timothy Reynolds to Major Eddie Bass, et al. (7/14/2016,12:07:09 PM) |
| 46 | | 8/20/2018 | √ | √ | Email from Timothy Reynolds to Major Eddie Bass, et al. (7/14/2016,12:00:10 PM) |
| 47 | | 8/20/2018 | √ | √ | Email from Stephen Chandler to Timothy Reynolds (7/12/2016, 3:46:18 PM) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | ACLU OF TENNESSEE, INC | vs. | City of Memphis, Tennessee | CASE NO. 2:17-cv-02120 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 48 | | 8/20/2018 | √ | √ | Email from Timothy Reynolds to Kevin Bebout (7/7/2016,12:47:21 PM) (REDACTED) |
| 48A | | 8/20/2018 | √ | √ | Shelby County Sheriff Record (REDACTED) |
| 49 | | 8/20/2018 | √ | √ | Email from Timothy Reynolds to Phillip Penny (7/14/2016, 3:37:06 PM) |
| 50 | | 8/20/2018 | √ | √ | Email from Colonel Paul Wright to MEM MPD OCU, et al. (4/12/2016, 12:13:36 PM) |
| 51 | | 8/20/2018 | √ | √ | Email from Major Eddie Bass to Timonty Reynolds, et al. (7/15/2016, 12:41:32 PM) |
| 52 | | 8/20/2018 | √ | √ | Email: Jessica Grafenreed to MEM MPD Excecutive Staff, et al. (7/15/2016, 5:27:03 PM) |
| 53 | | 8/20/2018 | √ | √ | Email:Timothy Reynolds to Stephen Chandler, Phillip Penny (7/15/2018, 9:42:03 AM) |
| 54 | | 8/20/2018 | √ | √ | Email: Jessica Grafenreed to Major Eddie Bass, et al. (8/13/2016, 10:54:31 AM) |
| 55 | | 8/20/2018 | √ | √ | Email: Major Dana Sampietro to Timothy Reynolds (8/13/2016, 12:12:39 PM) |
| 56 | | 8/20/2018 | √ | √ | Email: Mr. Victor Torres to Aaron Anderson, et al. (7/27/2016, 3:50:53 PM) |
| 57 | | 8/20/2018 | √ | √ | Email: Major Eddie Bass to Colonel Russell Houston, et al. (7/23/2016, 4:09:16 PM) |
| 58 | | 8/20/2018 | √ | √ | Email: Major William Freed to Timothy Reynolds, et al. (SEALED) |
| 59 | | 8/20/2018 | √ | √ | Email: Timothy Reynolds to Sgr. Edwin Cornwell, et al. (2/4/2017, 7:46:59 AM) |
| 60 | | 8/20/2018 | √ | √ | Email: Timothy Reynolds to Colonel Gloria Bullock (1/21/2017, 9:30:44 AM) |
| 61 | | 8/20/2018 | √ | √ | Email: Jessica Grafenreed to Timothy Reynolds, et al. (7/16/2016, 1:56:38 PM) |
| 62 | | 8/20/2018 | √ | √ | Email: Timothy Reynolds to Timothy Reynolds (9/30/2016, 8:12:06 PM) |
| 63 | | 8/20/2018 | √ | √ | Email: Timothy Reynolds to MEM MPD Executive Staff, et al. (10/4/2016, 7:40:13 AM) |
| 64 | | 8/20/2018 | √ | √ | Email: Timothy Reynolds to Lt. Colonel Dana Sampietro (10/11/2016, 3:47:21 PM) |
| 65 | | 8/20/2018 | √ | √ | Email: Timothy Reynolds to MEM MPD Executive Staff, et al. (10/12/2016, 7:30:41 AM) |
| 66 | | 8/20/2018 | √ | √ | Email: Officer Bradley Wilburn to Timothy Reynolds, et al. (7/21/2016, 9:14:22 PM) |
| 67 | | 8/20/2018 | √ | √ | Email: Timothy Reynolds to MEM MPD Executive Staff, et al. (722/2016, 11:50:23 PM) |
| | | 8/21/2018 | | | **SGT. TIM REYNOLDS (resumes testimony)** |
| 68 | | 8/21/2018 | √ | √ | Email: Timothy Reynolds to Stephen Chandler, et al (7/30/2016, 1:23:56 PM) |
| 69 | | 8/21/2018 | √ | √ | Email: Timothy Reynolds to MEM MPD Executive Staff, et al. (7/30/2016, 3:45:04 PM) |
| 70 | | 8/21/2018 | √ | √ | Email: Timothy Reynods to MEM MPD Executive Staff, et al. (9/29/2016, 7:30:01 AM) |
| 71 | | 8/21/2018 | √ | √ | Email: Timothy Reynolds to Christopher House (1/10/201, 1:58:14 PM) |
| 72 | | 8/21/2018 | √ | √ | Facebook: Message to Spencer Kaaz, Aug. 03, 2016 |

Page   3   of   7   Pages

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| ACLU OF TENNESSEE, INC | | vs. | City of Memphis, Tennessee | | CASE NO. 2:17-cv-02120 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 73 | | 8/21/2018 | √ | √ | Email: Lt. Colonel Eddie Bass to Timothy Reynolds, et al. (12/31/2016, 3:33:20 PM) |
| 74 | | 8/21/2018 | √ | √ | Email: Lt. Stephen Chandler to Colonel Gloria Bullock, et al. (7/10/2016, 5:11:43 PM) |
| 75 | | 8/21/2018 | √ | √ | Email: Jeffery Sealey to Timothy Reynolds (8/22/2016, 2:57:25 PM) |
| 76 | | 8/21/2018 | √ | √ | Blue Suede Shoes Power Point |
| 77 | | 8/21/2018 | √ | √ | Email: Timothy Reynolds to Major Eddie Bass, et al. (8/23/2016, 5:49:10 AM) |
| | 78 | 8/21/2018 | √ | √ | Email: Major Stephen Chandler to Timothy Reynolds (10/26/2016, 11:05:30 AM) |
| | 79 | 8/21/2018 | √ | √ | Memphis Police Department Policy and Procedure Information and Updates December 20, 2010 |
| | 80 | 8/21/2018 | √ | √ | TURBULENT TIMES FOR LAW ENFORCEMENT |
| | 81 | 8/21/2018 | √ | √ | Kessler Associates Secret Group Facebook Posts |
| | 82 | 8/21/2018 | √ | √ | JOINT INTELLIGENCE BRIEFING INTELLIGENCE UPDATE |
| | 83 | 8/21/2018 | √ | √ | Tennessee Fusion Center Briefing Outlook and Implications |
| | 84 | 8/21/2018 | √ | √ | Email: Aubrey Howard to Timothy Reynolds (7/5/2016, 4:21:04 PM) |
| | 85 | 8/21/2018 | √ | √ | Email: Lt. Darren Goods to Darnell Gooch, et al. (Sat. 9 July 2016, 16:18:44) |
| | 86 | 8/21/2018 | √ | √ | Email: Major Eddie Bass to Timothy Reynolds, et al. (Mon. 11 Jul 2016, 15:24:17) |
| | 87 | 8/21/2018 | √ | √ | Email: Major Eddie Bass to Deputy Chief Michael Hardy, et al. (7/12/2016, 3:35:11 PM) |
| | 88 | 8/21/2018 | √ | √ | Email: Major Eddie Bass to Colonel Mickey Williams, et al. (7/12/2016, 5:17:08 PM) |
| | 89 | 8/21/2018 | √ | √ | Email: Michael R. Freeman to Timothy Reynolds (Fri 7/15/2016, 2:06:40 PM) |
| | 90 | 8/21/2018 | √ | √ | INCIDENT REPORT REPORT NUMBER 1609004302ME |
| | 91 | 8/21/2018 | √ | √ | TENNESSEE FUSION CENTER  Suspicious Activity Report (9/23/2016) |
| | 92 | 8/21/2018 | √ | √ | Email: Officer Bradley Wilburn to MEM MPD RTCC, et al. (9/27/216, 4:57:10 PM) |
| | 93 | 8/21/2018 | √ | √ | DVD: Abridged Version of Die-In at Mayor Jim Strickland's House |
| | 94 | 8/21/2018 | √ | √ | DVD: Valero Refinery Demonstration Sit-In |
| | | 8/21/2018 | | | **MICHAEL CODY, ESQUIRE** |
| | 95 | 8/21/2018 | √ | √ | CHARTER OF INCORPORATION OF THE WEST TENNESSEE CIVIL LIBERTIES UNION, INC. |
| | 96 | 8/21/2018 | √ | √ | Letter to W. J. Michael Cody from Delton Pickering (March 27, 1974) |
| | | 8/21/2018 | | | **SGT. TIM REYNOLDS (resumed testimony)** |
| 97 | | 8/21/2018 | √ | √ | Email: Colonel Gregory Sanders to Major Eddie Bass, et al. (8/10/2016, 10:06:31 PM) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ACLU OF TENNESSEE, INC | | | vs. | City of Memphis, Tennessee | CASE NO. 2:17-cv-02120 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/21/2018 | | | **BRUCE KRAMER, ESQUIRE** |
| | 98 | 8/21/2018 | √ | √ | Holly S. Peters, Esquire letter to Richard L. Aynes (July 10, 1979) |
| | 99 | 8/21/2018 | √ | √ | PROPOSE BOARD OF DIRECTORS RESPONSIBILITIES |
| | 100 | 8/21/2018 | √ | √ | ACLU National Policy Court Awarded Attorney Fees Adopted March 1979 |
| | 101 | 8/21/2018 | √ | √ | Motion of Plaintiffs for An Award |
| | 102 | 8/21/2018 | √ | √ | Judgment on Motion for Attorney's Fees C-76-449 |
| | | 8/21/2018 | | | **COMMANDER STEPHEN WARNER CHANDLER** |
| 103 | | 8/21/2018 | √ | √ | Email: Stephen Chandler to Major Dana Sampietro, et al. (Monday, August 15, 2016 12:50 PM) |
| 104 | | 8/21/2018 | √ | √ | Email: Lt. Chandler Stephen Chandler to Major Eddie Bass (7/11/2016, 4:22:17 PM) |
| 105 | | 8/21/2018 | √ | √ | Email: Stephen Chandler to Timothy Reynolds (7/13/2016, 4:57:35 PM) |
| 106 | | 8/21/2018 | √ | √ | Email: Major Eddie Bass to Colonel Gloria Bullock, et al. (7/26/2016, 3:51:55 PM) |
| 107 | | 8/21/2018 | √ | √ | Email: Stephen Chandler to MEM MPD, et al. (7/15/2016, 10:09:26 AM) |
| 108 | | 8/21/2018 | √ | √ | Email: Lt. Colonel Eddie Bass to Colonel Russell Houston, et al. (9/22/2016, 3:26:09, PM) |
| 109 | | 8/21/2018 | √ | √ | Email: Stephen Chandler to Major Eddie Bass, et al. (7/13/2016, 11:14:38, AM) |
| | 110 | 8/21/2018 | √ | √ | DVD: Bridge Protest Video Footage |
| | | 8/21/2018 | | | **DIRECTOR OF POLICE SERVICES MICHAEL RALLINGS** |
| 111 | | 8/21/2018 | √ | √ | Draft Civil Disturbances SOP 11-21-2014 |
| 112 | | 8/21/2018 | √ | √ | AFTER ACTION REVIEW 07-15-2016 |
| | | 8/22/2018 | | | **DIRECTOR OF POLICE SERVICES MICHAEL RALLINGS (resumes testimony)** |
| 113 | | 8/22/2018 | √ | √ | JOINT INTELLIGENCE BRIEFING INTELLIGENCE UPDATE |
| | 114 | 8/22/2018 | √ | √ | CHAPTER 12-52. PARADES AND PUBLIC ASSEMBLIES |
| | 115 | 8/22/2018 | √ | √ | Email: Lt. Michael Rosario to Lt. Alvert Bonner (7/21/2016, 5:45:46 PM) |
| | 116 | 8/22/2018 | √ | ID only | INDEPENDENT REVIEW OF THE 2017 PROTEST EVENTS IN CHARLOTTESVILLE, VA |
| | 117 | 8/22/2018 | √ | √ | Photos of Valero Demonstration Sit-In |
| | | 8/22/2018 | | | **LT. COLONEL EDDIE BASS** |
| 118 | | 8/22/2018 | √ | √ | Email: Major Eddie Bass to Timothy Reynolds, et al. (7/19/2016, 7:54:42 AM) |
| 119 | | 8/22/2018 | √ | √ | Email: Major Eddie Bass, to M Grafenreed, et al. (7/7/2016, 7:29:41 AM) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ACLU OF TENNESSEE, INC | | vs. | | City of Memphis, Tennessee | CASE NO. 2:17-cv-02120 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 120 | | 8/22/2018 | √ | √ | Email: Phillip Penny to Major Eddie Bass, et al. (7/13/2016, 3:23:29 PM) |
| 121 | | 8/22/2018 | √ | √ | Email: Major Eddie Bass to Deputy Chief Michael Hardy, et al. (7/12/2016, 3:35:11 PM) |
| 122 | | 8/22/2018 | √ | √ | Email: Timothy Reynolds to Caralee Barrett (7/13/2016, 11:07:01 PM) |
| 123 | | 8/22/2018 | √ | √ | Email: Major Eddie Bass to Stephen Chandler, et al. (7/13/2016, 11:48:15 AM) (REDACTED) |
| 123A | | 8/22/2018 | √ | √ | Email: Major Eddie Bass to Stephen Chandler, et al. (SEALED) |
| 124 | | 8/22/2018 | √ | √ | Email: Colonel Mickey Williams to Major Eddie Bass et al. (7/17/2016, 8:14:59 AM) |
| 125 | | 8/22/2018 | √ | √ | Email: Major Jospeh Smith to James Ryall et al. (7/16/2016, 10:20:01 PM) |
| 126 | | 8/22/2018 | √ | √ | Email: David Filsinger to Timothy Reynolds, et al. (7/17/2016, 12:40:57 PM) |
| 127 | | 8/22/2018 | √ | √ | Email: Major Eddie Bass to David Filsinger, et al. (7/17/2016, 12:42:01 PM) |
| 128 | | 8/22/2018 | √ | √ | Email: Sgt. Phillip Penny to Major Mike Shearin, et al. (7/27/2016, 9:40:46 AM) |
| 129 | | 8/22/2018 | √ | √ | Email: Major Eddie Bass to Timothy Reynolds, et al. (8/6/2016, 3:47:09, PM) |
| 130 | | 8/22/2018 | √ | √ | Email: Lt. Colonel Eddie Bass to Colonel Russell Houston, et al. (10/28/2016, 11:57:49 AM) |
| | | 8/22/2018 | √ | √ | **AUBREY HOWARD** |
| 131 | | 8/22/2018 | √ | √ | Email: Aubrey Howard to kendfennell@aol.com, et al. (7/14/2016, 3:58:44 PM) |
| 132 | | 8/22/2018 | √ | √ | Email: Deputy Chief Terry Landrum to Aubrey Howard (1/19/201, 5:25:10 PM) |
| 133 | | 8/22/2018 | √ | √ | Spread Sheet of City of Memphis Event Permits |
| | | | | | **HEDY WEINBERG (recalled by the Defense)** |
| | 134 | 8/22/2018 | √ | √ | Letter to Lucius Burch (November 10, 1983) |
| | | 8/22/2018 | | | **SGT. BRADLEY WILBURN** |
| 135 | | 8/22/2018 | √ | √ | Email: Officer Bradley Wilburn to Timothy Reynolds, et al. (8/21/2016, 11:11:40 PM) |
| 136 | | | √ | √ | Email: Officer Bradley Wilburn to MEM MPD, et al. (9/22/2016, 5:16:42 PM) |
| 137 | | 8/22/2018 | √ | √ | Email: Officer Bradley Wilburn to MEM MPD, et al. (9/22/2016, 6:51:07 PM) |
| | 138 | 8/22/2018 | √ | ID only | Protest Updates Snag Data |
| | | 8/22/2018 | | | **PAUL GARNER** |
| | 139 | 8/22/2018 | √ | ID only | DVD: Valero Refinery Demonstration Sit-in |
| | 140 | | √ | √ | Michael Rallings Twitter Page Photo |
| | 140A | | √ | √ | Michael Rallings Twitter Page Photo |

Page   6   of   7   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ACLU OF TENNESSEE, INC | | vs. | City of Memphis, Tennessee | | CASE NO. 2:17-cv-02120 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/22/2018 | | | **KEEDRAN FRANKLIN** |
| | 141 | 8/22/2018 | √ | √ | DVD: Keedran Franklin Die-In1 (8/19/18) |
| | 142 | 8/22/2018 | √ | ID only | DVD (2): Rolling Block Party 2 and Rolling Block Party 4 - edit (8/22/2018) |
| | 143 | 8/22/2018 | √ | √ | Facebook page for Keedran Franklin |
| | 144 | | | | DVD: DX093 Keedran Rainbow Edit 8/19/2018 |
| | | 8/23/2018 | | | **REV. ELAINE BLANCHARD** |
| 145 | | 8/23/2018 | √ | √ | MEMPHIS POLICE DEPARTMENT LISTING OF PERSONS BARRED FROM PREMISES |
| | 146 | 8/23/2018 | √ | ID only | Elaine Blanchard Facebook picture with Director Michael Rallings (from David Water's column in CA) |
| | | 8/23/2018 | | | **PASTOR EARL FISHER** |
| | | 8/23/2018 | | | **MPD MAJOR LAMBERT ROSS** |
| | 147 | 8/23/2018 | √ | √ | Email: Timothy Reynolds to Sgt. Edwin Cornwell; et al. (March 10, 2017, 7:34 AM) |
| | 148 | 8/23/2018 | √ | √ | Email: Lambert Ross to MEM MPD RTCC CO (7/8/2016, 3:00:04, PM) |
| | 149 | 8/23/2018 | √ | √ | Email: Lambert Ross to Lt. Joseph Patty, et al. (11/30/2016, 12:49:55 AM) |
| | 150 | 8/23/2018 | √ | √ | Email: Lambert to MEM MPD RTCC (8/30/2016, 5:59:55 PM) |
| | 151 | 8/23/2018 | √ | √ | DEFENDANT'S EXPERT WITNESS DISCLOSURE: FRED GODWIN, ESQ. |
| | | | | | |
| | | | | | s/Jeff Sample 8/24/2018 |

Page   7   of   7   Pages