IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ELAINE BLANCHARD, KEEDRAN FRANKLIN, PAUL GARNER, and BRADLEY WATKINS,<br><br>    Plaintiffs (dismissed),<br><br>and<br><br>ACLU OF TENNESSEE, INC.,<br><br>    Intervening Plaintiff,<br><br>v.<br><br>CITY OF MEMPHIS, TENNESSEE,<br><br>    Defendant. | Case No. 2:17-cv-2120-JPM-egb |

**ORDER SETTING BRIEFING SCHEDULES**

This Cause was before the Court for trial from August 20, 2018 to August 23, 2018. Counsel present for Intervening-Plaintiff ACLU of Tennessee, Inc. (the "ACLU-TN") were Thomas Castelli and Amanda Floyd. Counsel present for Defendant City of Memphis ("the City") were Buckner Wellford, Jennie Silk, Mark Glover, and Lawrence Laurenzi.

At the close of the ACLU-TN's case on August 23, the City moved for judgment on partial findings on the question of standing pursuant to Federal Rule of Civil Procedure 52(c). At the close of evidence and after consultation with counsel, the Court set a post-trial briefing schedule. The City shall submit a brief in support of its oral motion for judgment on partial findings on the issue of standing no later than **September 14, 2018**. The ACLU-TN's response

on the issue of standing shall be submitted no later than **September 24, 2018**. The ACLU-TN shall submit its brief on the merits no later than **September 14, 2018**. The City shall submit its brief on the merits no later than **September 24, 2018**.

The City's Motion to Modify the Consent Decree is also before the Court. (ECF No. 124.) At the close of evidence, the ACLU-TN moved for an extension of time to respond to the Motion. Pursuant to the Court's oral ruling that there is good cause for such an extension, the motion for an extension of time to respond is GRANTED. The ACLU-TN's response to the City's Motion to Modify the Consent Decree shall be submitted no later than **October 9, 2018**.

**IT IS SO ORDERED**, this 24th day of August, 2018.

      /s Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE