# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ACLU OF TENNESSEE, INC. | ) | |
| | ) | |
| Intervening Plaintiff, | ) | |
| v. | ) | No. 2:17-cv-02120-JPM-dkv |
| | ) | |
| THE CITY OF MEMPHIS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO REPLY

The Defendant, the City of Memphis ("the City"), moves for leave to file a reply brief in support of its Motion for Relief from Judgment or Order (ECF No. 124),[1] which will not exceed five pages in length.

Respectfully Submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

s/ Jennie Vee Silk
Buckner Wellford (#9687)
R. Mark Glover (#6807)
Lawrence Laurenzi (#9529)
Jennie Vee Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone (901) 526-2000
E-mail: bwellford@bakerdonelson.com
          mglover@bakerdonelson.com
          llaurenzi@bakerdonelson.com
          jsilk@bakerdonelson.com

*Attorneys for Defendant, The City of Memphis*

---

[1] The ACLU-TN does not oppose the City' Motion for Leave to Reply.

1

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(B), on October 12, 2018, counsel for the city, Buck Wellford, conferred with counsel for Intervening Plaintiff, Mandy Floyd, by email regarding the relief sought in this Motion. Ms. Floyd advised that the Intervening Plaintiff does not oppose the City's Motion for Leave to Reply.

                                                s/ Jennie Silk
                                                Jennie Silk

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018 the foregoing will be served by this Court's ECF system to:

Thomas H. Catelli, Esq.
Mandy Floyd, Esq.
ACLU Foundation of Tennessee
Post Office Box 120160
Nashville, Tennessee 37212

                                                /s Jennie Vee Silk
                                                Jennie Vee Silk

4839-7869-6824v2
2545600-000213 10/16/2018