**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---:|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
**Before Judge Jon Phipps McCalla, United States District Judge**

November 9, 2018

RE:   **2:17-cv-02120-JPM**
         **ACLU of Tennessee, Inc. v. City of Memphis, Tennessee**

Dear Sir/Madam:

An **EVIDENTARY HEARING** has been **SET** before **Judge Jon Phipps McCalla** for **MONDAY, JULY 8, 2019** at **9:30 A.M. in the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

                                   Sincerely,
                                   THOMAS M. GOULD, CLERK
                                   BY:   *s/Jeffrey Sample*,
                                             Case Manager for Judge Jon Phipps McCalla
                                             901-495-1243
                                             jeffrey_sample@tnwd.uscourts.gov