IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ELAINE BLANCHARD, KEEDRAN FRANKLIN, PAUL GARNER, and BRADLEY WATKINS, | |
|     Plaintiffs (dismissed), | |
| and | Case No. 2:17-cv-2120-JPM-egb |
| ACLU OF TENNESSEE, INC., | |
|     Intervening Plaintiff, | |
| v. | |
| CITY OF MEMPHIS, TENNESSEE, | |
|     Defendant. | |

## NOTICE OF APPEARANCE

COMES NOW, Jacob Webster Brown, of the law firm of Apperson Crump, PLC, and respectfully gives notice of his appearance as co-counsel for the dismissed Plaintiffs Elaine Blanchard, Keedran Franklin, Paul Garner, and Bradley Watkins in the above-captioned action.

Respectfully Submitted,

APPERSON CRUMP, PLC

/s/Jacob Webster Brown
Bruce S. Kramer (#7472)
Scott A. Kramer (#19462)
Patrick H. Morris (#33689)
Jacob Webster Brown (#36404)
6070 Poplar Avenue, Suite 600
Memphis, TN 38119
Phone: (901) 756-6300
Fax: (901) 757-1296
bkramer@appersoncrump.com
skramer@appersoncrump.com
pmorris@appersoncrump.com
jbrown@appersoncrump.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing will be served via this Court's ECF system to all counsel of record on November 21, 2018.

/s/Jacob Webster Brown