IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ELAINE BLANCHARD, KEEDRAN FRANKLIN, PAUL GARNER, and BRADLEY WATKINS | ) ) ) ) | |
| Plaintiffs (dismissed), | ) ) | |
| and | ) ) | Case No. 2:17-cv-2120-JPM-egb |
| ACLU OF TENNESSEE, INC., | ) ) | |
| Intervening Plaintiff, | ) ) | |
| v. | ) ) | |
| CITY OF MEMPHIS, TENNESSEE | ) ) | |
| Defendant. | ) | |

**ORDER ESTABLISHING FINAL PROTOCOL
FOR MONITOR SELECTION PROCESS**

Pursuant to the Court's Order Memorializing Sanctions (Doc. 152, page I.D. 6287-6290), the parties have submitted two candidates for the position of independent monitor to supervise implementation of the corrective steps set out in court documents 151 and 152. Edward L. Stanton, III has been proposed by the defendant, City of Memphis, and Bill Nettles has been proposed by the plaintiff, ACLU of Tennessee, Inc.

In order to complete the review process as promptly as possible, the Court will conduct in person interviews of both candidates. In order to prepare for each interview, each candidate is requested to submit the following materials by 12 noon on Wednesday, December 19, 2018:

(1)   If persons in addition to you will be involved in the monitoring process, please identify the team members, including any experts, that you plan to utilize in the monitoring process. Please disclose (a) each team member's

        qualifications and (b) each team member's rate of compensation; please be prepared to discuss your projected overall budget for the monitoring/implementation process;

(2)      State in a concise format your monitoring plan.  Include in your plan a discussion of how you plan to communicate with City personnel, including members of the Memphis Police Department and the ACLU as you accumulate information as to progress and any impediments in implementing the required remedial steps;

(3)      Set out an example of the format you intend to use as you inspect for compliance and an example of your anticipated format for reports to the Court; discuss the frequency of reports you anticipate in the monitoring process;

(4)      Please advise when you can be available for an in person interview with the court.   It is contemplated that interviews will be conducted on either Friday, December 21, 2018 or Thursday, December 20, 2018, if possible.

Expenses for the pre-interview submittals and the interview process will be assessed as costs in this case.

SO ORDERED this 12th day of December, 2018.


                                        /s/Jon McCalla_____
                                       JON P. McCALLA
                                       UNITED STATES DISTRICT JUDGE