# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| ACLU OF TENNESSEE, Inc. | ) ) ) ) ) ) ) | |
|     Intervening Plaintiff, | ) | |
| v. | ) | No. 2:17-cv-02120-jpm-DKV |
| THE CITY OF MEMPHIS, | ) ) ) | |
|     Defendant. | ) | |

## MOTION FOR STATUS CONFERENCE

The Defendant, the City of Memphis ("the City"), by and through undersigned counsel, hereby moves the Court to set a brief status conference to clarify several procedural questions raised by the Court's Order Establishing Final Protocol for Monitor Selection Process (ECF No. 165), and how the monitor impacts the City's Motion to Modify.

Because the Court has ordered the monitor nominees to submit materials by noon on Wednesday, December 19, 2018, the City respectfully requests this status conference as soon as possible.

The City hereby requests the Court to hold a telephonic status conference at the Court's earliest convenience.

        Respectfully Submitted,

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.

        s/ Jennie Silk
        Buckner Wellford (#9687)
        R. Mark Glover (#6807)
        Lawrence Laurenzi (#9529)
        Jennie Vee Silk (#35319)
        Mary Wu Tullis (#31339)
        165 Madison Avenue, Suite 2000
        Memphis, Tennessee 38103
        Telephone (901) 526-2000
        E-mail: bwellford@bakerdonelson.com
                mglover@bakerdonelson.com
                llaurenzi@bakerdonelson.com
                jsilk@bakerdonelson.com
                mtullis@bakerdonelson.com

        *Attorneys for Defendant, The City of Memphis*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 14, 2018 the foregoing will be served by this Court's ECF system to:

Thomas H. Catelli, Esq.
Mandy Floyd, Esq.
ACLU Foundation of Tennessee
Post Office Box 120160
Nashville, Tennessee 37212

        /s Jennie Silk
        Jennie Silk

## **CERTIFICATE OF CONSULTATION**

      Pursuant to Local Rule 7.2(a)(B), on December 14, 2018, Jennie Silk, communicated with counsel for Intervening Plaintiff, Thomas Castelli, via telephone regarding the relief sought in this motion. Mr. Castelli advised that the Intervening Plaintiff does not object to the relief sought in this Motion.

                                                     s/ Jennie Vee Silk
                                                     Jennie Vee Silk