IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ELAINE BLANCHARD, KEEDRAN FRANKLIN, PAUL GARNER, and BRADLEY WATKINS,<br><br>    Plaintiffs (dismissed),<br><br>and<br><br>ACLU OF TENNESSEE, INC.,<br><br>    Intervening Plaintiff,<br><br>v.<br><br>CITY OF MEMPHIS, TENNESSEE,<br><br>    Defendant. | Case No. 2:17-cv-2120-JPM-egb |

**ORDER TO SET TELEPHONIC STATUS CONFERENCE**

Before the Court is the Motion for Status Conference filed by Defendant City of Memphis on December 14, 2018. (ECF No. 167.) The Motion is well-taken and GRANTED. The parties shall appear for a telephonic status conference on Tuesday, December 18, 2018 at 9:30 a.m.

**IT IS SO ORDERED**, this 17nd day of December, 2018.

 /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE