# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division
### Office of the Clerk

*Thomas M. Gould, Clerk*             *Deputy-in-Charge*
*242 Federal Building*            *U.S. Courthouse, Room 262*
*167 N. Main Street*            *111 South. Highland Avenue*
*Memphis, Tennessee 38103*            *Jackson, Tennessee 38301*
*(901) 495-1200*            *(731) 421-9200*

## NOTICE OF RE-SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

December 17, 2018

RE: **2:17-cv-02120-JPM**
     **ACLU v. City of Memphis**

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERENCE** has been **SET** before **Judge Jon Phipps McCalla** for **TUESDAY, DECEMBER 18, 2018 at 9:30 A.M. (CST)**.

**Counsel for the Plaintiff shall initiate the conference call prior to dialing Judge McCalla's chambers at 901-495-1291.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

        Sincerely,
        THOMAS M. GOULD, CLERK
        BY: *s/Joseph P. Warren*,
        Courtroom Deputy Supervisor
        901-495-1242
        joseph_warren@tnwd.uscourts.gov