## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| ELAINE BLANCHARD, KEEDRAN FRANKLIN, PAUL GARNER, and BRADLEY WATKINS, | ) ) ) | |
| | ) | |
| Plaintiffs (dismissed), | ) | |
| | ) | |
| and | ) | Case No. 2:17-cv-2120-JPM-egb |
| | ) | |
| ACLU OF TENNESSEE, INC., | ) | |
| | ) | |
| Intervening Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MEMPHIS, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DOCKETING MATERIALS SUBMITTED BY CITY OF MEMPHIS

In its October 26, 2018 Order, the Court required the City to submit certain materials as part of the sanctions imposed.  (ECF No. 151 at PageID 6274-75.)  The City submitted those materials to the Court on January 14, 2019.  The Court hereby dockets the City's submitted documents as attachments to this Order.  The ACLU of Tennessee, Inc. shall, by February 4, 2019, file any objections to said proposals or, if there are no objections, a document stating that there are no objections.  (See ECF No. 151 at PageID 6274-75.)

**IT IS SO ORDERED**, this 15th day of January, 2019.

 /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE