UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Judge Jon Phipps McCalla, United States District Judge

May 31, 2019

RE:  **2:17-cv-02120-JPM**
     **ACLU v. City of Memphis, Tennessee**

Dear Sir/Madam:

A **HEARING re:** *Monitor's Report* has been **SET** before **Judge Jon Phipps McCalla** for **TUESDAY, AUGUST 27, 2019** at **9:30 A.M.** in the **Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Joseph P. Warren*,
      Courtroom Deputy Supervisor
      901-495-1242
      joseph_warren@tnwd.uscourts.gov