# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ACLU OF TENNESSEE, INC., ) | |
| ) | Case No. 2:17-cv-2120-JPM-egb |
| Intervening Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF MEMPHIS, TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER EXTENDING DEADLINE FOR SECOND QUARTERLY REPORT

On April 23, 2019, the Court ordered the Independent Monitor to "report the parties' progress towards the accomplishment of established goals in his second quarterly report, to be filed no later than July 24, 2019." (ECF No. 203.) The Independent Monitor has requested until August 2, 2019 to complete his report. The Court hereby EXTENDS the deadline for the second quarterly report to August 2, 2019.

**SO ORDERED**, this 26th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ Jon McCalla
　　　　　　　　　　　　　　　　　　　　JON P. McCALLA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE