IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ACLU OF TENNESSEE, INC., )<br>)<br>    Intervening Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MEMPHIS, TENNESSEE, )<br>)<br>    Defendant. ) | Case No. 2:17-cv-2120-JPM-egb |

ORDER FOLLOWING HEARING ON REPORT OF MONITOR
AND
ORDER SETTING HEARING

This matter was before the Court on August 27, 2019 for a hearing on the Report of the Monitor. Present for the Intervening Plaintiff ACLU of Tennessee, Inc. ("ACLU-TN") were Thomas Hauser Castelli and Amanda Strickland Floyd. Present for the Defendant City of Memphis (the "City") were R. Mark Glover, Jennie Vee Silk, Mary Wu Tullis, and Bruce McMullen. Present for the Memphis Police Department was Zayid Saleem. Also present was the Independent Monitor, Edward L. Stanton III. Mr. Stanton briefly summarized the findings of the Second Quarterly Report of the Independent Monitor and the Monitor's progress in meeting its four stated goals. (ECF No. 218.) The Court heard testimony from the following members of the monitoring team: Rachel-Levison Waldman and David McGriff.

The Monitor set out three "next steps":

    (1) To create a compliance plan for the City;

(2) To implement its compliance plan following completion of its audit of the Memphis Police Department's investigative policies, protocols, and training guidelines; and

(3) To put together community focus groups to better engage with the community.

A follow-up hearing is set for November 21, 2019, at 10:30 a.m. The parties should be prepared to discuss the Monitor's next report and any other related issues, as well as issues directly raised during the August 27th hearing. Concerned community members are permitted to submit materials to the Independent Monitor for review by the Court.

**SO ORDERED**, this 5th day of September, 2019.

/s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE