# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ACLU OF TENNESSEE, INC., ) | |
| ) | |
| Intervening Plaintiff, ) | |
| ) | Case No. 2:17-cv-2120-JPM-egb |
| v. ) | |
| ) | |
| CITY OF MEMPHIS, TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOLLOWING HEARING ON REPORT OF MONITOR

This matter was before the Court on November 21, 2019 for a hearing on the third Quarterly Report of the Monitor. Present for the Intervening Plaintiff ACLU of Tennessee, Inc. ("ACLU-TN") was Thomas Hauser Castelli. Present for the Defendant City of Memphis (the "City") were R. Mark Glover, Jennie Vee Silk, Mary Wu Tullis, and Bruce McMullen. Also present was the Independent Monitor, Edward L. Stanton III. Mr. Stanton summarized the findings of the Third Quarterly Report of the Independent Monitor and the Monitor's progress in meeting its goals. (ECF No. 256.) The Court heard testimony from the following members of the monitoring team: Rachel Levison-Waldman and David McGriff.

The deadline for the City and the Monitor to file the final draft of the proposed social media policy consistent with the Kendrick Decree for review by the Court is November 26, 2019. ACLU-TN may anticipate receiving the proposed policy following Court review on December 2, 2019. A detailed scheduling order will be entered after consultation with the Monitor.

A telephonic status conference is set for January 2, 2019, at 9:30 a.m. The parties should be prepared to discuss progress in the case. Concerned community members are permitted to submit materials to the Independent Monitor for review by the Court.

**SO ORDERED**, this 21st day of November, 2019.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE