# EXHIBIT A

**COMPLETING ALL DISCOVERY**:

    (a) **ESI PROTOCOL AGREEMENT:** December 6, 2019
          a. Exchange of first draft of ESI Protocol by December 4, 2019
    (b) **WRITTEN DISCOVERY**: January 31, 2020
          a. Includes service of written answers to interrogatories, production of all responsive documents, and production of privilege logs.
    (c) **DEPOSITIONS**: February 28, 2020

**EXPERT WITNESS DISCLOSURES:**

    (a) **DISCLOSURE OF CITY'S RULE 26(a)(2) EXPERT INFORMATION**: March 6, 2020
    (b) **DISCLOSURE OF ACLU-TN'S RULE 26(a)(2) EXPERT INFORMATION:** April 13, 2020
    (c) **DISCLOSURE OF CITY'S RULE 26(a)(2) REBUTTAL EXPERT INFORMATION:** May 8, 2020
    (d) **DEADLINE FOR ACLU-TN DEPOSITION OF CITY'S REBUTTAL EXPERT**: May 27, 2020

**FILING ALL JOINTLY-PROPOSED MODIFICATIONS**: April 17, 2020

**PUBLIC WRITTEN COMMENT PERIOD:**
1. The Court will accept written comments on this matter from **Friday, April 3, 2020** through **Monday, May 4, 2020**.
2. The procedure for written public comments will be set out in a separate order. The Parties shall submit proposals for the public comment procedure by no later than **January 17, 2020.**

**TRIAL**:
1. The **non-jury trial** in this matter, which is anticipated to last 2 days, is set to begin on **June 17, 2020 at 9:30 a.m**. in a courtroom to be designated by the District Court courtroom sharing plan.
2. **Trial briefs** are due by no later than 4:30 p.m. on **June 3, 2020**