# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ACLU OF TENNESSEE, INC., | ) | |
| | ) | |
| Intervening Plaintiff, | ) | |
| | ) | Case No. 2:17-cv-02120-JPM-jay |
| v. | ) | |
| | ) | |
| THE CITY OF MEMPHIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING REQUEST FOR MEDIATOR, GRANTING REQUEST FOR INDEPENDENT MONITOR TO ACT AS MEDIATOR, AND AUTHORIZING MEDIATION

On April 17, 2020, the City filed the Jointly Proposed Modifications to the Kendrick Consent Decree. (ECF No. 309.) The City identified issues that it believes the Parties could come to some agreement on "with the assistance of a mediator or the Independent Monitor." (Id. at PageID 9288.) The City moved the Court to "order the parties to mediation with a mediator or with the Independent Monitor in an effort to develop an addendum or stipulation to the Consent Decree that clarifies areas of permissible conduct under the Consent Decree as outlined above, and to narrow the issues in advance of the evidentiary hearing." (Id. at PageID 9290.) The Court **DENIES** the request for a mediator. The Court **GRANTS** the City's request for mediation with the Independent Monitor. The Court authorizes the Monitor to act as mediator in advance of the Modification Hearing in order to aid in the resolution of outstanding issues between the Parties and to narrow the issues in advance of the Modification Hearing.

**SO ORDERED**, this 28th day of April, 2020.

                                                  /s/ Jon P. McCalla
                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE