UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---:|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
**Before Judge Jon Phipps McCalla, United States District Judge**

June 4, 2020

RE:   **2:17-cv-02120-JPM**
     **ACLU v. City of Memphis**

Dear Sir/Madam:

A **VIDEO PRE-HEARING CONFERENCE** has been **SET** before **Judge Jon Phipps McCalla** for **WEDNESDAY, JUNE 10, 2020 at 10:30 A.M. (CT). The means of conducting the hearing will be determined and parties will be notified.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

> Sincerely,
> THOMAS M. GOULD, CLERK
> BY:   *s/Jeffrey Sample*,
>       Case Manager for Judge Jon Phipps McCalla
>       901-495-1243
>       jeffrey_sample@tnwd.uscourts.gov