# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ACLU OF TENNESSEE, INC., | ) |
| | ) |
|     Intervening Plaintiff, | )     Case No. 2:17-cv-2120-JPM-jay |
| | ) |
| v. | ) |
| | ) |
| CITY OF MEMPHIS, TENNESSEE, | ) |
| | ) |
|     Defendant. | ) |

## ORDER MEMORIALIZING POST-MODIFICATION HEARING BRIEFING SCHEDULE

During the Modification Hearing, the Court set the schedule for the Parties' and the Independent Monitor's submission of Post-Hearing Briefs. (See June 19, 2020 Transcript, ECF No. 346 at PageID 11368–69.) The City's Post-Hearing Brief is due by no later than five business days from the date of the filing of the Transcript, which was filed with the Court on June 26, 2020. (See ECF No. 346.) The City's Post-Hearing Brief is therefore due by no later than **Friday, July 3, 2020.**[1] The Monitor and the ACLU-TN shall file their Post-Hearing Briefs by no later than **Friday, July 10, 2020.**

**SO ORDERED**, this 30th day of June, 2020.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] Although July 3, 2020 is a recognized federal holiday, the City shall nonetheless submit their brief on that date.