# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 18, 2022

Mr. Thomas M. Gould
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242 Clifford Davis and Odell Horton Federal Building
Memphis, TN 38103

Re: Case No. 20-6211/20-6263, *Elaine Blanchard, et al v. City of Memphis, TN*
Originating Case No. : 2:17-cv-02120

Dear Mr. Gould,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Divya Kumar
For Roy Ford, Case Manager

cc: Mr. Jacob Webster Brown
    Mr. Robert Mark Glover
    Mr. Bruce S. Kramer
    Mr. Bruce A. McMullen
    Ms. Jennie Vee Silk
    Ms. Stella Marie Yarbrough

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 20-6211/20-6263

Filed: May 18, 2022

ELAINE BLANCHARD; KEEDRAN FRANKLIN; PAUL GARNER; BRADLEY WATKINS

    Plaintiffs - Appellants

and

ACLU OF TENNESSEE

    Intervenor

v.

CITY OF MEMPHIS, TN

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/26/2022 the mandate for this case hereby issues today.

COSTS: None