# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ACLU OF TENNESSEE, INC., | ) |
| Intervening Plaintiff, | ) Case No. 2:17-cv-02120-JPM-jay |
| v. | ) |
| CITY OF MEMPHIS, TENNESSEE, | ) |
| Defendant. | ) |

**ORDER ADOPTING *KENDRICK* CONSENT DECREE SUSTAINMENT PROPOSAL**

Before the Court is the *Kendrick* Consent Decree Sustainment Proposal ("Joint Proposal") submitted by Defendant, the City of Memphis; Intervening Plaintiff, ACLU of Tennessee, Inc. (collectively, the "Parties"); and the Independent Monitor Edward L. Stanton III (the "Monitor"). (ECF No. 520.) The Parties and the Monitor, along with the intended participants in the proposed sustainment plan, were before the Court for a hearing on the Joint Proposal on January 15, 2025. Based on the statements of Counsel, the presentations and representations of the Parties, the agreement of the Subject Matter Experts, and review of the Joint Proposal and exhibits, the Court **ADOPTS** the attached *Kendrick* Consent Decree Sustainment Proposal.

**SO ORDERED**, this 15th day of January, 2025.

        */s/ Jon P. McCalla*
        JON P. McCALLA
        UNITED STATES DISTRICT JUDGE