**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

ACLU OF TENNESSEE, INC.,                )
                                        )
    Intervening Plaintiff,              )
                                        )        No. 2:17-cv-02120-TLP-jay
v.                                      )
                                        )        JURY DEMAND
CITY OF MEMPHIS, TENNESSEE,             )
                                        )
    Defendant.                          )

---

**ORDER OF RECUSAL**

---

The Court hereby recuses itself in the above-captioned matter and respectfully

**DIRECTS** the Clerk to reassign this case to another United States District Judge for all further

proceedings.

**SO ORDERED** this 19th day of August, 2025.

          s/Thomas L. Parker
          THOMAS L. PARKER
          UNITED STATES DISTRICT JUDGE