# Exhibit 3

No Kings Protest

## Authorization for Investigations That May Interfere with the Exercise of First Amendment Rights

Any police officer conducting or supervising a lawful investigation of criminal conduct, which investigation is reasonably likely to result in the collection of information about the exercise of First Amendment rights or interfere in any way with the exercise of such First Amendment rights, must immediately bring such investigation to the attention of the Chief of Police or a designee of the Chief of Police for review and authorization.

If approved, the investigation will not exceed more than ninety (90) calendar days. An extension may be granted by the Director/Director's Designee for an additional ninety (90) days if necessary.

### Purpose of Investigation (include all pertinent facts)

On Saturday March 28, 2026, at approximately 1715 hours, the Memphis Police Department responded to a disturbance near 2nd Street and Beale Street regarding individuals associated with a permitted rally at Robert R. Church Park. The permit was valid for use of the park but did not include any authorization for any type of march. During this event, several participants moved into the roadway and began to obstruct traffic. Officers gave commands for these individuals to clear the roadway for approximately 40 minutes, and they refused to comply which resulted in MPD officers beginning to detain people for refusal to comply with clearing the roadway. During this encounter, some of the participants resisted officers resulting in pepper spray being utilized. Considering these factors, the Memphis Police Department (MPD) requests authorization to monitor publicly available social media platforms to identify emerging threats, assess the potential for unrest, and ensure public safety through timely and informed resource deployment. In addition, we are also reviewing current MPD video of the protest and conducting an administrative investigation. This request is solely for the purpose of public safety and operational preparedness, including identifying credible threats of violence or other activities that may impact public safety within Memphis and surrounding jurisdictions.

### Subjects of Investigation (include all Aliases and known Handles)

**Method of Investigation:** ☒ All Social Media Platforms  ☐ Undercover Capacity  ☐ Surveillance  ☐ Other
(explain): _____

Requesting Investigator's Signature _____ Date: 4-16-26

### Investigation Approval Status

Based on the foregoing, and all information known to me, I have determined that:

1. This investigation does not violate the provisions of the *Kendrick* Modified Consent Decree; and
2. the expected collection of information about, or interference with, First Amendment rights is unavoidably necessary for the proper conduct of the investigation; and
3. every reasonable precaution has been employed to minimize the collection of information about, or interference with, First Amendment rights; and
4. The investigation employs the least intrusive technique necessary to obtain information.

This investigation meets the requirements of Section G of the *Kendrick* Modified Consent Decree, and I hereby approve the investigation

This authorization will expire 90 days from the date of my signature.

**Chief of Police or Designee**

\* Until there is approval by the Court of the final Authorization Form, this Interim Authorization Form will be used.

No Kings Protest

Date: _____4-16-26_____

| Extension |
|---|

Reason for Extension:

_____

_____

☐ Approved
Extension Expires:

_____
Chief of Police or Designee          Date

* Until there is approval by the Court of the final Authorization Form, this Interim Authorization Form will be used.