# Exhibit 6

| | |
|---|---|
| **From:** | Cook, Tim |
| **To:** | "McMullen, Bruce"; Silk, Jennie; Edward L. Stanton III |
| **Cc:** | Bedrick, Liz; McKinney, Kelsey; JamesE.Thomas@memphistn.gov; Keenan Carter; Will Perry; Perla, Timothy; WH ACLU-TN Internal Memphis PD; Austin Hord; Jordyn Johnson; Lucas Cameron-Vaughn |
| **Subject:** | RE: Request for Clarification Regarding March 28 Protest Footage |
| **Date:** | Thursday, June 4, 2026 9:32:00 AM |

Bruce,

It appears that we are not going to be able to resolve this.  ACLU-TN will move to open discovery.

We have made repeated efforts to address the City's stated concerns about production of the body cam footage.  ACLU-TN first requested these videos on April 1.  After the City suggested that production under a protective order would be necessary during our May 12 call, ACLU-TN agreed to accept them under the existing Protective Order.  When the City asked us to waive some of ACLU-TN's rights under the Protective Order (i.e., Jennie's email on Tuesday), we said we would agree if the City would provide written confirmation of two things that the City has said and offered before.  We first sought confirmation that the City would redact and release the body cam footage, which is something that we understood Jennie to say was already underway during our May 12 call with the Monitoring Team.  We also sought confirmation that the City would make the body cam footage available in the same form that the City offered in Jennie's email last Thursday—i.e., confirmation that the City was not backtracking on its earlier commitment to produce the videos in a useable form.  Your response below refuses to provide those confirmations with no explanation.  It therefore appears that we have exhausted informal means to resolve this, but we remain open to good-faith discussions if the City is willing to engage in them promptly.

On the other materials that ACLU-TN requested, we are referring to the "other documentation" that the City agreed to provide at page 2 of its April 15 letter.  This was in response to ACLU-TN's request for "all body-worn camera footage, dash camera footage, surveillance footage, aerial footage, radio communications, command logs, operational plans, and any written or electronic directives related to MPD's response to the march."  City Apr. 15, 2026 Ltr. at 2 (heading immediately above the City's offer to provide "the footage and other documentation").  Does the City still intend to make any of the requested documentation available?  If so, please identify the exact documents; if not, please explain what has changed.  We have raised this issue several times since my 8:30am email on May 26 (which cited and quoted the same language that I have quoted here) and have received no response.

1

Finally, given these recent issues related to production of evidence, we ask that the City confirm in writing that it still intends to produce its full investigation report to ACLU-TN by June 15.

Best,
Tim

**Timothy A. Cook | WilmerHale**
(617) 526-6005

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Wednesday, June 3, 2026 7:38 PM
**To:** Cook, Tim <Tim.Cook@wilmerhale.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Edward L. Stanton III <edward.stanton@butlersnow.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

**EXTERNAL SENDER**

Highlighted responses below.

**Bruce A. McMullen**

Shareholder
Direct Dial:  901.577.2356

> **From:** Cook, Tim <Tim.Cook@wilmerhale.com>
> **Sent:** Tuesday, June 2, 2026 9:38 PM
> **To:** Silk, Jennie <jsilk@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Edward L. Stanton III <edward.stanton@butlersnow.com>
> **Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-

2

TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>;
Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-
tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

Jennie,

ACLU-TN largely agrees with your proposal not to challenge the Confidential
designation on unredacted body cam footage.  ACLU-TN is not (and has never
been) seeking the public release of material that Tennessee law shields from
public disclosure.

ACLU-TN's main concern is ensuring that the releasable content from the body
cam footage will be made public in a timely manner and with any lawful
redactions.  Partial de-designation is relief that would be available to ACLU-TN
under paragraph 20 of the Protective Order, and that is what we are concerned
about waiving.  But if the City confirms (1) that it will produce the unredacted
videos to us in the same form that you proposed last Thursday and (2) that it is
preparing and will publicly release copies of the videos with redactions that will
not exceed redactions permitted by the Tennessee Public Records Act, ACLU-TN
will waive the right to challenge the Confidential designation on the unredacted
body cam videos under paragraph 20 of the Protective Order.  Please let us know
if the City agrees. No

We understand this proposal to apply only to the 112 unredacted body cam
videos discussed in the City's April 15 letter.  ACLU-TN still seeks the additional
materials that it requested in its April 1 letter and that the City agreed to make
available in its response.  If there are confidentiality issues to address for those
materials, we can do so separately. Sure. Please identify the additional materials
that the City will produce. Be specific?

Best,
Tim

3

**Timothy A. Cook | WilmerHale**

(617) 526-6005

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Tuesday, June 2, 2026 3:38 PM
**To:** Cook, Tim <Tim.Cook@wilmerhale.com>; McMullen, Bruce
<bmcmullen@bakerdonelson.com>; Edward L. Stanton III
<edward.stanton@butlersnow.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey
<kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter
<Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla,
Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-
TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>;
Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-
tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

**EXTERNAL SENDER**

Tim,

The issue is that you stated that you reserved the right to challenge the
confidentiality designation of *unredacted* body worn camera videos.  Bruce's
point was that if you were to challenge the confidentiality designation—and
succeed—then the unredacted body worn camera footage would be public,
which could expose the City to liability.

If you will agree not to challenge the confidentiality designation of the unredacted
BWC videos, we can agree to produce the videos under the current protective
order.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212

4

Fax      901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Cook, Tim <Tim.Cook@wilmerhale.com>
**Sent:** Monday, June 1, 2026 11:48 AM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Edward L. Stanton III <edward.stanton@butlersnow.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

Bruce,

We would also like to resolve this and need to understand precisely what the City is proposing.  If you are asking us to consider terms that go beyond the Protective Order, as you indicated at the courthouse on Friday, please provide the specific language you would like us to review.  If you are instead reverting to an onsite review only—which would not be consistent with Jennie's email from last Thursday—please respond to the questions we raised last Tuesday regarding the terms of that proposal.

We continue to see no basis for the City's delay in making this production. If any of these documents are confidential, the existing Protective Order provides adequate protection.  The City has identified no reason for imposing more onerous restrictions on these videos and documents, much less established good cause.  Nor is there any basis for your suggestion that ACLU-TN or WilmerHale would violate the Court's Protective Order.

ACLU-TN remains committed to addressing the issues related to the No Kings event constructively.  We do not believe we have mischaracterized

5

the parties' discussions; the email chain below reflects the earlier agreement.  But if the City believes there has been a misunderstanding, that only underscores the need for the City to set out the terms of its current proposal clearly in writing, as we have requested.

Best,
Tim


**Timothy A. Cook | WilmerHale**
(617) 526-6005

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Monday, June 1, 2026 11:06 AM
**To:** Cook, Tim <Tim.Cook@wilmerhale.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Edward L. Stanton III <edward.stanton@butlersnow.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** Re: Request for Clarification Regarding March 28 Protest Footage

**EXTERNAL SENDER**


We did not resend out position; we simply clarified per your most recent email conditions of  the release in order to protect the citizens against a frivolous lawsuit based on the ACLU's or your firms' actions with the documents. I am open to discuss a resolution to this, but I'd appreciate if you stop the mischaracterization of the discourse between us on that issue. Once again we will provide you a space at City Hall to review all the video. Just let us know the dates.


**Bruce A. McMullen**

Office Managing Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz

First Tennessee Building

165 Madison Avenue - Suite 2000

Memphis, TN 38103

Direct Dial:  901.577.2356

Direct Fax:  901.577.4262

Email: bmcmullen@bakerdonelson.com

Firm Website: www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

represents clients across the U.S. and abroad from offices

in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi,

South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Cook, Tim <Tim.Cook@wilmerhale.com>
**Sent:** Monday, June 1, 2026 9:08:49 AM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; Edward L. Stanton III <edward.stanton@butlersnow.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov <JamesE.Thomas@memphistn.gov>; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

Bruce,

We are disappointed by the City's decision to rescind its offer to produce the March 28 bodycam footage immediately after Friday's hearing.  As the email chain below shows, the City agreed to produce the footage as Confidential under the Protective Order on Thursday afternoon, and ACLU-

7

TN agreed to receive the footage under those terms on Thursday evening. The City did not dispute that we had reached agreement before the hearing, and the City did not contest statements that both the Monitor and ACLU-TN made to the Court indicating that the parties had reached agreement.  In our view, this matter was resolved on Thursday night, and the City should proceed with the production as agreed.

We understand that you now seek to impose some type of indemnification obligation on ACLU-TN that goes beyond the Protective Order's terms. There is no good cause for that.  The reason that you asserted during our conversations in the courthouse—that counsel for ACLU-TN or their staff might intentionally violate the Protective Order and "leak" the videos—has absolutely no basis.

We ask that the City reconsider its refusal to produce the footage (and the other documents that ACLU-TN has requested) under the Protective Order's terms.  But if the City is going to insist on additional terms like the indemnification that you mentioned, please send us the exact language that you are asking us to consider.  While we see (and have so far heard) no reasonable justification for an indemnification term, we will consider any concrete proposal that the City makes.  Please either confirm that the City will promptly make the production under the Protective Order or send us your current proposal by tomorrow, June 2.

More generally, ACLU-TN is very concerned about the City's level of cooperation in investigating the MPD response at the No Kings event. ACLU-TN requested access to these documents and videos two months ago, but the City has not produced anything.  ACLU-TN also asked to have input into the City's investigation, and the City refused that too.  The record available to us shows serious violations of the Consent Decree at the No Kings event, and, as the party charged with enforcing the Decree, ACLU-TN will investigate them and seek remedies if appropriate.  We hope the City will work cooperatively with us to address these issues—which means, at least as a first step, producing the bodycam footage.  But if the City continues to entirely resist ACLU-TN's reasonable requests, we are prepared to move to open formal discovery.

Best,
Tim

8

**Timothy A. Cook | WilmerHale**

60 State Street

Boston, MA 02109 USA

+1 617 526 6005 (t)

+1 617 526 5000 (f)

https://www.wilmerhale.com/en/people/tim-cook

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Cook, Tim <Tim.Cook@wilmerhale.com>
**Sent:** Thursday, May 28, 2026 9:38 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; Edward L. Stanton III <edward.stanton@butlersnow.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** Re: Request for Clarification Regarding March 28 Protest Footage

Jennie,

ACLU-TN agrees to receive the videos as Confidential under the Protective Order and will treat them accordingly. ACLU-TN maintains that the videos should eventually be released to the public and is not waiving its right to challenge any designation under the Protective Order in the future if appropriate, but ACLU-TN confirms that it will fully abide by the Protective Order's terms.

When do you expect the videos to be produced to us, and will the

9

production also include the other documentation that ACLU-TN requested and that the City discussed in its April 15 letter?

Best,
Tim

**Timothy A. Cook | WilmerHale**
(617) 526-6005

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Thursday, May 28, 2026 4:12 PM
**To:** Cook, Tim <Tim.Cook@wilmerhale.com>; Edward L. Stanton III <edward.stanton@butlersnow.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov <JamesE.Thomas@memphistn.gov>; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

**EXTERNAL SENDER**

Tim,

The City will make the videos available to the ACLU-TN and its attorneys in this case provided that you agree that they will be designated as CONFIDENTIAL under the Protective Order (ECF No. 52).

The videos were recorded with Body Worn Cameras. We anticipate sending links from which you may download the videos.  We are working through the technological aspects of this process. Because the videos will

be designated as CONFIDENTIAL, you will not be able to share them with anyone other than those persons designated as Qualified Persons under the Protective Order. Any person designated as a Qualified Person (other than parties, counsel for the parties, and court personnel, etc.) must sign and return the Agreement to be Bound by the Protective Order before receiving the documents.  You must also seek permission before filing any CONFIDENTIAL materials publicly on the docket to give the City an opportunity to move the court for an order that the documents must be filed under seal.

Please confirm that you agree with this proposal.

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax     901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Cook, Tim <Tim.Cook@wilmerhale.com>
**Sent:** Tuesday, May 26, 2026 5:02 PM
**To:** Edward L. Stanton III <edward.stanton@butlersnow.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

Ed and Bruce,

11

For the reasons in our response this morning, ACLU-TN continues to believe that the City's proposal is insufficient and that the videos and documents that ACLU-TN requested should be produced in the ordinary course (under the protective order, if necessary).  But to help us further consider the City's proposal and determine whether we need to raise this issue with the Court on Friday, ACLU-TN seeks clarification on the following details:

- What exactly is the City offering to make available for review?  Specifically, will the bodycam footage include full videos from all officers on site and otherwise involved in the MPD response to the march, or can the City provide an inventory that identifies each video that it will make available?  And is the City still offering access to the other documentation that the City originally agreed to provide?
- Is the City taking the position that ordinary production under the existing protective order is unavailable or inappropriate for these materials?  If so, what are the reasons that the City believes additional protections are necessary?
- What are the specific terms on which the City is offering access?  For example, where would the review take place, what security measures would the City be imposing, would there be limitations on how many people could review the materials in parallel, and when could the review begin?
- Would ACLU-TN be permitted to do a full analysis of the videos?  For example, if we need to use background-reduction/voice-enhancement software, would that be made available on the platform that the City is offering, or would we be permitted to do this on our own devices?
- Is the City proposing any mechanism that would allow ACLU-TN to use this footage in a motion or other filing with the Court if necessary?

In light of the Friday morning conference, we would appreciate the City's response by Thursday morning.

12

Best,

Tim


**Timothy A. Cook | WilmerHale**

(617) 526-6005

---

**From:** Edward L. Stanton III <Edward.Stanton@butlersnow.com>
**Sent:** Tuesday, May 26, 2026 9:56 AM
**To:** 'McMullen, Bruce' <bmcmullen@bakerdonelson.com>; Jill Silk <jsilk@bakerdonelson.com>
**Cc:** Bedrick, Liz <Liz.Bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Cook, Tim <Tim.Cook@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

**EXTERNAL SENDER**


Good morning, Bruce –

This removes any concerns that the Monitoring Team had. Thank you for your prompt response.

Best,

ELS

**Edward L. Stanton III**
**Butler Snow LLP**

D: (901) 680-7369 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Edward.Stanton@butlersnow.com| vCard | Bio

13

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Friday, May 22, 2026 3:49 PM
**To:** Edward L. Stanton III <Edward.Stanton@butlersnow.com>; Jill Silk <jsilk@bakerdonelson.com>
**Cc:** Bedrick, Liz <liz.bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Cook, Tim <Tim.Cook@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** RE: Request for Clarification Regarding March 28 Protest Footage

Ed,

As we discussed on the call on Tuesday, we were recently informed that the TBI is purportedly conducting its own independent investigation into the incident. We have been working to confirm there is an investigation and the scope of that investigation. Because TBI could be investigating MPD's actions as it relates to the protest, we did not want to do anything—like publicly release the videos—that could be construed as MPD interfering with TBI's investigation.

With that said, and upon further reflection, we believe that we could allow counsel for the ACLU-TN to view the videos in a secure environment. If the parties can agree to that, we are happy to have counsel for ACLU-TN to Memphis to view the videos.

Please let us know if that addresses your concerns.

**Bruce A. McMullen**

14

Shareholder
Direct Dial: 901.577.2356

**From:** Edward L. Stanton III <edward.stanton@butlersnow.com>
**Sent:** Wednesday, May 20, 2026 10:53 AM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Bedrick, Liz <liz.bedrick@wilmerhale.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; JamesE.Thomas@memphistn.gov; Keenan Carter <Keenan.Carter@butlersnow.com>; Will Perry <Will.Perry@butlersnow.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; WH ACLU-TN Internal Memphis PD <WHACLU-TNInternalMemphisPD@wilmerhale.com>; Cook, Tim <Tim.Cook@wilmerhale.com>; Austin Hord <Austin.Hord@butlersnow.com>; Jordyn Johnson <Jordyn.Johnson@butlersnow.com>; Lucas Cameron-Vaughn <lucas@aclu-tn.org>
**Subject:** Request for Clarification Regarding March 28 Protest Footage

Good morning, City Team –

In the City's April 15 letter regarding video footage in connection with the March 28 protest, the City stated that "[d]ue to the ongoing criminal prosecution, the City is not releasing this information … if the ACLU-TN … would like to view the footage and other documentation, we will schedule a meeting to facilitate that inspection." During yesterday's meeting, however, the City appeared to rescind this offer.

The Monitoring Team is concerned about the basis for the City's new position. Since this issue is likely a matter that will need to be addressed at the May 29 Status Conference, please provide the Monitoring Team with the City's position on this issue (and the basis for same) by the close of business on Friday, May 22. Please also provide clarity regarding why the ACLU-TN should be required to go through a third party (as suggested yesterday) to obtain access to relevant information in the City's custody and control.

We look forward to receiving further clarification from the City.

Best,

ELS

15

**Edward L. Stanton III**

**Butler Snow LLP**

D: (901) 680-7369 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119

P.O. Box 171443, Memphis, TN 38187-1443

Edward.Stanton@butlersnow.com| vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify

16

us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

17