# Exhibit 7

| | |
|---|---|
| **From:** | Silk, Jennie |
| **To:** | Keenan Carter; Will Perry; Perla, Timothy; Cook, Tim; Austin Hord; "Lucas Cameron-Vaughn" |
| **Cc:** | McKinney, Kelsey; Thomas, James; McMullen, Bruce |
| **Subject:** | No Kings Protest Investigation Findings |
| **Date:** | Monday, June 15, 2026 6:30:49 PM |
| **Attachments:** | ISB Case I2026-019.pdf |

**EXTERNAL SENDER**

Good afternoon,

Attached are ISB's findings of policy violations and the discipline rendered related to the
No Kings Protest.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax      901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in
Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and
Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.



# MEMPHIS POLICE DEPARTMENT
# OBSERVED BEHAVIOR REPORT
# PATROLMAN



**POSITIVE** ☐          **NEGATIVE** ☒

**DATE:** 06/11/2026                **PRECINCT/SHIFT:** North Main C-Shift

**OFFICER:** Bowles, Bria 15006        **SUPERVISOR:** 602C Maj. D. Gary 10143

---

☐ JOB KNOWLEDGE          ☒ APPEARANCE

☒ JUDGMENT               ☐ COMPATIBILITY

☒ USE OF EQUIPMENT       ☐ COMMUNICATION

☐ DEALING WITH THE PUBLIC ☐ RECEPTIVENESS

☐ RELIABILITY            ☐ WORK ATTITUDE

**NARRATIVE:**

On Saturday, March 28th, 2026, while on a disturbance call at the "No Kings Rally", you were observed and documented on body worn camera video wearing an unauthorized "Thin Blue Line" stylized patch on your outer vest carrier. Your actions place you in violation of MPD Policy and Procedures documented under 08-020 Uniforms 4.3.2. Regarding the option to wear the American Flag on your uniform, this policy states *"If an officer is wearing their outer carrier vest, the flag will be subdued in black and gray colors and placed on Velcro backing on the right lower side utility pocket.* ***The subdued patch will not have a thin blue line."*** Unauthorized patches or emblems shall not be affixed to your uniform or equipment at any time. This negative Observed Behavior Report should serve as a reminder to comply with this policy to prevent progressive corrective action.

**OFFICER'S SIGNATURE:**

POBR 0705



# MEMPHIS POLICE DEPARTMENT
# OBSERVED BEHAVIOR REPORT
# PATROLMAN



POSITIVE ☐          NEGATIVE ☒

DATE: 06/11/2026                          PRECINCT/SHIFT: North Main C-Shift

OFFICER: Thomas, Perry 15556             SUPERVISOR: 602C Maj. D. Gary 10143

☐ JOB KNOWLEDGE              ☒ APPEARANCE

☒ JUDGMENT                   ☐ COMPATIBILITY

☒ USE OF EQUIPMENT           ☐ COMMUNICATION

☐ DEALING WITH THE PUBLIC    ☐ RECEPTIVENESS

☐ RELIABILITY                ☐ WORK ATTITUDE

**NARRATIVE:**

On Saturday, March 28th, 2026, while on a disturbance call at the "No Kings Rally", you were observed and documented on body worn camera video wearing an unauthorized stylized patch on your outer vest carrier. Your actions place you in violation of MPD Policy and Procedures documented under 08-020 Uniforms 4.3.2. where the only additional patch allowed to be affixed to the outer vest carrier or uniform is an American Flag described as follows: *"the flag will be subdued in black and gray colors and placed on Velcro backing on the right lower side utility pocket. The subdued patch will not have a thin blue line."* Unauthorized patches or emblems shall not be affixed to your uniform or equipment at any time. This negative Observed Behavior Report should serve as a reminder to comply with this policy to prevent progressive corrective action.

OFFICER'S SIGNATURE: *Perry P. Thomas # 15556*

POBR 0705

 

# MEMPHIS POLICE DEPARTMENT
# OBSERVED BEHAVIOR REPORT
# PATROLMAN

POSITIVE ☐          NEGATIVE ☒

DATE:  06/09/2026

PRECINCT/SHIFT: North Main C-Shift

OFFICER: Gray, Lamonte 14363

SUPERVISOR: 602C Maj. D. Gary 10143

☐ JOB KNOWLEDGE        ☒ APPEARANCE

☒ JUDGMENT             ☐ COMPATIBILITY

☒ USE OF EQUIPMENT     ☐ COMMUNICATION

☐ DEALING WITH THE PUBLIC   ☐ RECEPTIVENESS

☐ RELIABILITY          ☐ WORK ATTITUDE

**NARRATIVE:**

On Saturday, March 28th, 2026, while on a disturbance call at the "No Kings Rally", you were observed and documented on body worn camera video wearing an unauthorized "Thin Blue Line" stylized patch on your outer vest carrier.  Your actions place you in violation of MPD Policy and Procedures documented under 08-020 Uniforms 4.3.2. Regarding the option to wear the American Flag on your uniform, this policy states *"If an officer is wearing their outer carrier vest, the flag will be subdued in black and gray colors and placed on Velcro backing on the right lower side utility pocket.  **The subdued patch will not have a thin blue line."*** Unauthorized patches or emblems shall not be affixed to your uniform or equipment at any time.  This negative Observed Behavior Report should serve as a reminder to comply with this policy to prevent progressive corrective action.

OFFICER'S SIGNATURE: _~~LaMonte Gray 14363~~_

POBR 0705

  

# MEMPHIS POLICE DEPARTMENT
# OBSERVED BEHAVIOR REPORT
# PATROLMAN

POSITIVE ☐          NEGATIVE ☒

DATE:  06/11/2026

OFFICER: Wetzel, Jordan 15069

PRECINCT/SHIFT: North Main C-Shift

SUPERVISOR: 602C Maj. D. Gary 10143

☐ JOB KNOWLEDGE          ☒ APPEARANCE

☒ JUDGMENT               ☐ COMPATIBILITY

☒ USE OF EQUIPMENT       ☐ COMMUNICATION

☐ DEALING WITH THE PUBLIC ☐ RECEPTIVENESS

☐ RELIABILITY            ☐ WORK ATTITUDE

**NARRATIVE:**

On Saturday, March 28th, 2026, while on a disturbance call at the "No Kings Rally", you were observed and documented on body worn camera video wearing an unauthorized Marine Corps Unit patch on your outer vest carrier.  Your actions place you in violation of MPD Policy and Procedures documented under 08-020 Uniforms 4.3.2. where the only additional patch allowed to be affixed to the outer vest carrier or uniform is an American Flag described as follows: *"the flag will be subdued in black and gray colors and placed on Velcro backing on the right lower side utility pocket.  The subdued patch will not have a thin blue line."* Unauthorized patches or emblems shall not be affixed to your uniform or equipment at any time.  This negative Observed Behavior Report should serve as a reminder to comply with this policy to prevent progressive corrective action.

OFFICER'S SIGNATURE: _Jordan Wetzel 15069_

POBR 0705



**MEMPHIS POLICE DEPARTMENT**
North Main Station

**Written Reprimand**



**Date:** June 12th, 2026

**Employee's Name:** Jaylon Mooney **IBM:** 14742  **Rank:** PII

**Policy Number Violated:** DR 601 Completing Official Reports

**Statement of Charge Number:** I2026-019

**Circumstances:** On Saturday, March 28th, 2026, when Ofc. J. Mooney was on a disturbance call at the "No Kings Rally", it was determined he used reasonable and necessary force when physically pushing a protester who was interfering with an arrest. The protester had to grab onto other protesters to avoid falling to the ground, and officer Mooney did not complete a response to resistance report.  Officer Mooney's actions placed him in violation of DR-601 Completing Official Reports, which states: *"A member shall make reports promptly, accurately, completely, and in full conformity with specifications of the department. A member shall make all necessary reports as soon as possible and practicable before going off-duty."*

It is important to complete required reports in compliance with this policy.  Please be aware of and adhere to this policy to prevent future progressive corrective action.


**Supervisor's Signature**                          **Officer's Signature**

08-08krp



# MEMPHIS POLICE DEPARTMENT
# MEMORANDUM



## North Main Station

**To: Deputy Chief W. Kirkdoffer**

**Subject: Hearing Status I2026-019**

**From: Major D. Gary 10143**

**Date:  June 12th, 2026**

---

**DC W. Kirkdoffer,**

**On Wednesday, June 12th, 2026, at 1800 hours, I held an Administrative Hearing, ISB Case # I2026-019, at North Main Station regarding Officer Jaylon Mooney IBM 14742. He was charged with violating DR 104, Personal Conduct and DR-601 Completing Official Reports. After considering all the relevant facts, statements, and evidence, I sustained both charges and ordered a** <span style="color:red">**1 Day suspension without pay**</span> **for the violation of DR-104 Personal Conduct and a** <span style="color:red">**Written Reprimand**</span> **for the violation of DR601 Completing Official Reports.**

**Officer Jaylon Mooney will neither appeal nor grieve this outcome.**

**Respectfully.**

*Major Derek D. Gary #10143*
*Memphis Police Department*
*Uniform Patrol District 2*
*North Main Station*



# MEMPHIS POLICE DEPARTMENT
# MEMORANDUM



### North Main Station

**To: Deputy Chief W. Kirkdoffer**                    **Subject: Case # I2026-019**

**From: Major D. Gary 10143**                        **Date:  June 12th, 2026**

---

**Policy Number Violated:** DR-104 Personal Conduct and DR-601 Completing Official Reports

On Wednesday, June 12th, 2026, at 1800 hours, I held an Administrative Hearing, ISB Case # I2026-019, at North Main Station regarding Officer Jaylon Mooney IBM 14742. He was charged with violating DR 104, Personal Conduct and DR-601 Completing Official Reports. After considering all the relevant facts, statements, and evidence, I sustained both charges and ordered a 1 Day suspension without pay for the violation of DR-104 Personal Conduct and a Written Reprimand for the violation of DR601 Completing Official Reports.  Officer Mooney will serve his 1-day suspension on Monday, June 15th, 2026.

**Action Ordered**: 1-day SWOP and Written Reprimand

Respectfully,

*Major Derek D. Gary #10143*
*Memphis Police Department*
*Uniform Patrol District 2*
*North Main Station*