# Exhibit 8

| | |
|---|---|
| **From:** | Cook, Tim |
| **To:** | McMullen, Bruce; Silk, Jennie |
| **Cc:** | McKinney, Kelsey; Edward L. Stanton III; Keenan Carter; Will Perry; WH ACLU-TN Internal Memphis PD; Lucas Cameron-Vaughn |
| **Subject:** | Motions in ACLU-TN v. City of Memphis |
| **Date:** | Monday, June 22, 2026 10:42:15 AM |

Bruce and Jennie,

Despite the City's assurances throughout April and May that the MPD's investigation report would address the consent decree violations that ACLU-TN has raised, the files that we received last week did not so.  We are also disappointed that the City has not produced the underlying evidence for the investigation and that it still has not produced the bodycam footage that ACLU-TN requested on April 1 and that we discussed in May and earlier this month.

We have tried to engage productively with the City during our video, in-person, and email discussions over the last several weeks, but we no longer believe that it will be possible to resolve the parties' disputes without the Court's intervention.  ACLU-TN therefore intends to file two motions tomorrow:

- The first seeks an order to show cause why the City should not be held in contempt for violating Sections F.1 and F.2 of the Decree through the MPD's response at the No Kings event; Section G.4 for the MPD's failure to seek authorization before the No Kings response; and Sections G.4 and G.6 for the City's issuance of the April 16, 2026 authorization.  ACLU-TN also intends to seek an order for the City to show cause why its current interpretation and administration of Section G do not violate the decree, given the multiple likely violations that we have identified.

- The second seeks an order scheduling discovery.  ACLU-TN will seek a 90-day discovery period related to the issues in the motion for an order to show cause, during which the parties may serve up to 10 requests for production and 5 interrogatories (with shortened 21-day response times) and take up to 5 depositions (of 4 hours each).

If you believe another discussion could help narrow any of these issues, we can be available by phone or video tomorrow between 9:30am and 11am CDT or between 12:30pm and 2pm CDT.

We are also copying the Monitoring Team for their awareness.

Best,
Tim

**Timothy A. Cook | WilmerHale**

60 State Street

Boston, MA 02109 USA

+1 617 526 6005 (t)

+1 617 526 5000 (f)

https://www.wilmerhale.com/en/people/tim-cook

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.