**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ELAINE BLANCHARD, KEEDRAN FRANKLIN, PAUL GARNER, and BRADLEY WATKINS, | ) ) ) ) | |
| Plaintiffs (dismissed) | ) ) | No. 2:17-cv-02120-MSN-jay |
| and | ) ) | |
| ACLU OF TENNESSEE, Inc. | ) ) | |
| Intervening Plaintiff, | ) ) ) | |
| v. | ) ) | |
| THE CITY OF MEMPHIS. | ) ) | |
| Defendant. | ) | |

**DECLARATION OF DAI-JOHN-NAE WILLIAMS**

I, Dai-John-nae Williams, hereby declare, under penalty of perjury, as follows:

1. I am a resident of Memphis, Tennessee. I attended the March 28, 2026 No Kings event in Memphis, Tennessee, as a safety marshal.

2. Before the event, I had undergone gallbladder surgery.

3. I was stationed at Robert Church Park. I was present in the park as marchers returned.

4. I witnessed an MPD officer grab an individual from behind and spray him in the face with a chemical irritant.

5. I ran over to assist the individual and helped him to the medical tent in the park. During the process, I was exposed to the chemical irritant.

– 1 –

6. After obtaining protective equipment, I returned to the street and attempted to guide marchers out of the street to prevent further police action.

7. While attempting to guide a marcher toward the sidewalk, I was grabbed from behind by an MPD officer.

8. I did not resist arrest. The officer retained a grip on one of my arms, and I voluntarily provided my other arm to the officer.

9. The officer forced me to the ground on my stomach face-down. I was in significant discomfort due to my recent surgery.

10. At no point did I hear anything that I perceived as an official order to disperse.

11. I was then escorted to a police vehicle, during which time my shirt collar was pulled so tightly against my neck that I had trouble breathing. I repeatedly told the officers that I could not breathe, and they removed my protective equipment, which caused renewed exposure to the chemical irritant.

12. I was placed inside a vehicle. I asked if I was under arrest. An officer told me I was being detained. When the vehicle started moving, I again asked if I was under arrest. An officer then told me that I was under arrest.

13. I was driven somewhere but had limited vision due to my exposure to the chemical irritant. I was later returned to the park and was released without charges.

14. I submit this declaration based on personal knowledge and to the best of my understanding, and if called upon as a witness, I could competently testify to the truth of each statement herein.

\*\*\*

I declare under penalty of perjury that the foregoing is true and correct. Executed on

June 16, _____, 2026 in Memphis, Tennessee.

Dai-John-nae Williams