## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| ELAINE BLANCHARD, KEEDRAN FRANKLIN, PAUL GARNER, and BRADLEY WATKINS, | ) ) ) ) | |
| Plaintiffs (dismissed) | ) | No. 2:17-cv-02120-MSN-jay |
| and | ) ) | |
| ACLU OF TENNESSEE, Inc. | ) ) | |
| Intervening Plaintiff, | ) ) | |
| v. | ) ) | |
| THE CITY OF MEMPHIS, | ) ) | |
| Defendant. | ) | |

## DECLARATION OF GARY BLEVINS

I, Gary Blevins, hereby declare, under penalty of perjury, as follows:

1.      I am a resident of Memphis, Tennessee. I attended the March 28, 2026 No Kings event in Memphis, Tennessee, participating as an independent videographer.

2.      I captured raw, unedited video footage and still images of the event. I was not compensated for recording the video or capturing still images or for any post-production work. A true and correct copy of my raw footage is currently preserved in unedited form at https://drive.google.com/drive/folders/19pgZonA3PaqI9nZVyjtFtYRcK6Z7GLH8?usp=sharing.

3.      I used the raw footage to create a YouTube video titled, "What Happened at the No Kings Protest in Memphis on March 28, 2026," available at https://www.youtube.com/watch?v=f-5-Hqg3OGE. I was not compensated for making the

– 1 –

YouTube video. I have made the video available in a variety of places, none of which are monetized.

4. My goal in creating the YouTube video was to create an accurate representation of what occurred at the event.

5. To the best of my knowledge, the edits that I made to the raw footage in my YouTube video—such as adding time stamps, pausing or slowing down the video, and highlighting certain individuals or moments—do not introduce any inaccuracies to the raw footage.

6. I witnessed Councilman JB Smiley, Jr. speak with an MPD officer.

7. I asked Councilman Smiley to tell me what was happening immediately after that conversation, and he indicated that the march would proceed to the park.

8. I witnessed MPD use physical force and a chemical irritant on marchers who were roughly fifty feet from the end of the march. I did not see or hear any communications by MPD immediately before MPD took those actions that I interpreted as an order to disperse.

9. I submit this declaration based on personal knowledge and to the best of my understanding, and if called upon as a witness, I could competently testify to the truth of each statement herein.

***

I declare under penalty of perjury that the foregoing is true and correct. Executed on

June 17 , 2026 in Memphis, Tennessee.

Gary Blevins

-2-