**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ELAINE BLANCHARD, KEEDRAN FRANKLIN, PAUL GARNER, and BRADLEY WATKINS, | ) ) ) ) | |
| Plaintiffs (dismissed) | ) ) | No. 2:17-cv-02120-MSN-jay |
| and | ) ) | |
| ACLU OF TENNESSEE, Inc. | ) ) | |
| Intervening Plaintiff, | ) ) ) | |
| v. | ) ) | |
| THE CITY OF MEMPHIS, | ) ) | |
| Defendant. | ) | |

**DECLARATION OF KAIDEN WiLLIAMS**

I, Kaiden Williams, hereby declare, under penalty of perjury, as follows:

1.     I am a resident of Memphis, Tennessee.  I attended the March 28, 2026 No Kings event in Memphis, Tennessee, as a safety marshal.

2.     I was stationed at the front of the march to protect marchers from counter-protestors, angry civilians, and cars.

3.     The march departed from Robert Church Park, proceeded down Beale Street, turned left onto Second Street, turned left onto Linden Avenue, and proceeded back towards Robert Church Park.

4.     I had completed the march route and arrived back at Robert Church Park when I saw commotion toward the back of the march.

– 1 –

5.    I went toward the back of the march.  When I arrived, the marchers were close to Robert Church Park.  I saw that several safety marshals had linked arms in a line.  The safety marshals were walking backwards in a linked line while facing rows of police cars that had their sirens on.

6.    I joined the end of the linked line of safety marshals.  I understood the purpose of the linked line to be protecting vulnerable individuals at the back of the march from the moving police cars.

7.    I recall being part of the line of safety marshals for approximately one minute before I witnessed a police officer advance into the line of safety marshals and then tackle a safety marshal to the ground.  I do not recall seeing any action by any of the safety marshals that precipitated this action.

8.    At no point immediately before the officer advanced did I hear or otherwise perceive an order to disperse.

9.    The individual that the police officer tackled is one of my closest friends.  When I saw the officer tackle my friend, I started running towards him to help.

10.    As I ran towards my friend, I felt someone grab me from behind and spin me around.  I was then sprayed with a chemical irritant directly in the face and on the side of my face so that the irritant reached behind my sunglasses.

11.    I was sprayed with the chemical irritant until I fell to the ground.  Another individual grabbed me and helped me over to a medical tent.  I required medical assistance because I could not open my eyes as a result of the chemical irritant.

12.    I am the individual featured in the cover photograph of the March 30, 2026 Daily Memphian article titled, "No Kings March Ends with Pepper Spray and Arrests," available at

https://dailymemphian.com/article/61344/no-kings-march-ends-with-pepper-spray-and-arrests. I

am the individual in the orange safety vest in the foreground of the photo below:



13.    I submit this declaration based on personal knowledge and to the best of my

understanding, and if called upon as a witness, I could competently testify to the truth of each

statement herein.

***

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____June    15th____, 2026 in Memphis, Tennessee.

Kaiden Williams

Kaiden Williams

−3−