**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

ACLU OF TENNESSEE, INC.,

    Intervening Plaintiff,

v.                                  Case No. 2:17-cv-02120-MSN-jay

CITY OF MEMPHIS, TENNESSEE,

    Defendant.

---

**ORDER OF REFERENCE**

---

Before the Court are Intervening Plaintiff ACLU's Motions for an Order to Show Cause and for Limited Discovery (ECF Nos. 575 & 576, "Motions"), both filed June 23, 2026. As the Court indicated in the status conference held on August 13, 2026 (ECF No. 588), the Motions are hereby **REFERRED** to the United States Magistrate Judge for determination or for proposed findings and recommendation, as appropriate.

**IT IS SO ORDERED**, this 14th day of August, 2026.

*s/ Mark Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE